# United States Bankruptcy Court
## Eastern District of Texas
### Sherman Division

| | |
|---|---|
| **In re:**<br>**Empire Countertops, LLC**<br>   1137 Enterprise Dr.<br>   Pilot Point, TX 76258<br>   EIN: 45-1145076<br><br>**Debtor** | Case No. 22-41686-btr<br><br>Chapter 11<br><br>Hearing Scheduled:<br>Thursday, December 15, 2022 at 11:00 a.m. |

## CERTIFICATE OF SERVICE

I certify that on December 9, 2022, a true and correct copy of the *Order Granting Expedited Hearing on Debtor's Motion to Use Cash Collateral* (Doc. 22) was served on the Office of the U.S. Trustee and upon the parties receiving notice via the Court's CM/ECF system. A copy was also mailed to the parties below and on the attached Debtor's matrix:

Newtek Finance
c/o Patrick Appleton
4800 T-Rex Ave., Ste. 110
Boca Raton, FL 33431

Eagle Eye Advance LLC
254 36th Street, Ste. C303
Brooklyn, NY 11232

Erica Gilerman, Esq.
515 Madison Ave. 8108
New York, NY 10022
erica@gilermanlaw.com
*Counsel for Eagle Eye Advance LLC*

Wells Law, P.C.
229 Warner Road
Lancaster, NY 14086
*Counsel for Eagle Eye Advance LLC*

The LCF Group, Inc.
3000 Marcus Ave. Suite 2W15
New Hyde Park, NY 11042

Gulf Coast Bank and Trust Company
1170 Celebration Blvd, Ste. 100
Kissimmee, FL 34747-4604

BTH Bank
c/o Michael Slesinger
5001 El Campo Avenue
Fort Worth, TX 76107

340 Broadway Holdings LLC
1560 Sawgrass Corp. Pkwy. Ste.474
Fort Lauderdale, FL 33323

W.J. Wade, Jr.
2112 Indiana Avenue
Lubbock, TX 79410
*Counsel for 340 Broadway Holdings LLC*

Merchant Advance LLC
1621 Central Avenue
Cheyenne, WY 82001

David Fogel, P.C.
1225 Franklin Avenue 522
Garden City, NY 11530
*Counsel for Merchant Advance LLC*

John Stravato, Esq.
P.O. Box 298
Bethpage, NY 11714
*Counsel for Merchant Advance LLC*

By: __/s/ Clayton L. Everett____