**340 Broadway Holding LLC**
1560 Saw Grass Corp. Pkwy. 474
Fort Lauderdale, FL 33323

**340 Broadway Holding LLC**
c/o Ted Doukas
1560 Saw Grass Corp. Pkwy. 474
FL 33323

**Allianz-Kiva/GMI Stone**
c/o Euler Hermes, Joshua Redford
800 Red Brook Blvd 400C
Owings Mills, MD 21117

**Allianz-Stratus Surfaces**
c/o Euler Hermes, Joshua Redford
800 Red Brook Blvd 400C
Owings Mills, MD 21117

**Attorney General**
Texas Attorney General's Ofc
Bankruptcy-Collection Div
Po Box 12548
Austin, TX 78711-2548

**Attorney General of the United States**
Office of the Attorney General
Main Justice Building, Room 5111
10th & Constitution Avenue, N.W.
Washington, DC 20530

**Blue River Advisors**
3839 Bee Caves Rd
Austin, TX 78746

**BTH Bank**
c/o Michael Slesinger
5001 El Campo Avenue
Fort Worth, TX 76107

**Caesarstone**
c/o Barnett & Garcia
3821 Juniper Trace 108
Austin, TX 78738

**Cambria USA**
805 Enterprise Dr. East G
Belle Plaine, MN 56011

**Centre Technologies**
100 N US 75-Central Expy 1000 200
Richardson, TX 75080

**Cloudfund LLC**
400 Rella Blvd. 165-101
Suffern, NY 10901

**Comptroller of Public Accounts**
State Comptroller of Public Accounts
Revenue Accounting Division-
Bankruptycy Section
Po Box 13528
Austin, TX 78711-3528

**David Fogel, P.C.**
David Fogel, Esq.
1225 Franklin Avenue 522
Garden City, NY 11530

**Denton County Tax Assessor/Collector**
1505 E. McKinney Street
Denton, TX 76209

**Dominus Maximus**
c/o Drought, Drought, & Bobbitt LLP
2632 Broadway 401-
San Antonio, TX 78215

**Drought, Drought, & Bobbitt LLP**
Attn: Matt Badders
2632 Broadway 401-S
San Antonio, TX 78215

**Eagle Eye Advance LLC**
254 36th Street C303
Brooklyn, NY 11232

**Erica Gilerman, Esq.**
Gilerman Law, P.C.
515 Madison Ave. 8108
New York, NY 10022

**Everest Stone**
15565 Wright Brothers Drive
Addison, TX 75001

**Fabricators Stone Group LLC**
2122 N. Church Street
Mckinney, TX 75069

**Hilltop Stones Inc. Dallas**
Attn: Chetan Surti
12401 N. Stemmons Frwy. 140
Dallas, TX 75234

**Internal Revenue Service**
Special Procedures-Insolvency
Po Box 7346
Philadelphia, PA 19101-7346

**KLZ Stone Supply Inc.**
Attn: Nir Kamisa
11129 Zodiac Lane 300
Dallas, TX 75229

**Last Chance Funding, Inc.**
3000 Marcus Ave. 2W15
New Hyde Park, NY 11042

**Lewis Brisbois Bisgaard & Smith LLP**
Attn: David J. Hargis
24 Greenway Plaza 1400
Houston, TX 77046

**Merchant Advance, LLC**
1621 Central Avenue
Cheyenne, WY 82001

**Newtek Finance**
c/o Patrick Appleton
4800 T-Rex Avenue 110
Boca Raton, FL 33431

**Norred Law, PLLC**
Norred Law, PLLC
515 E. Border
Arlington, TX 76010

**Rubicon**
c/o The Hettena Law Firm, LC
31348 Via Colinas 106
91362

**Vadim Serebro, Esq.**
55 Broadway, 3rd Floor
New York, NY 10006

**Silestone**
355 Alhambra Circle Ste. 1000
Miami, FL 33134

**SOCI LP**
718 South Greenville Ave. Ste. 190
Allen, TX 75002

**Stone Capital Group, Inc.**
c/o Hetal Patel
3930 Glade Road 108-272
Colleyville, TX 76034

**John Stravato, Esq.**
P.O. Box 298
Bethpage, NY 11714

**The Leviton Law Firm LTD**
One Pierce Place Ste 725 W
Itasca, IL 60143

**Triton Stone**
12121 N Stemmons Fwy Ste. 170
Dallas, TX 75234

**United States Attorney**
Office of the United States Attorney
110 North College Ave. 700
Tyler, TX 75702-0204

**United States Trustee**
Office of the United States Trustee
110 North College Ave. 300
Tyler, TX 75702-7231

**W.J. Wade, Jr.**
Field, Manning, Stone, Hawthorne &
Aycock P.C.
2112 Indiana Avenue
Lubbock, TX 79410

**Wells Law, P.C.**
Steven W. Wells
229 Warner Road
Lancaster, NY 14086