# United States Bankruptcy Court
## Eastern District of Texas
### Sherman Division

| | |
|---|---|
| **In re:**<br>**Empire Countertops, LLC**<br>    1137 Enterprise Dr.<br>    Pilot Point, TX 76258<br>    EIN: 45-1145076<br><br>**Debtor**<br><br>*Motion to Use Cash Collateral* | Case No. 22-41686-btr<br><br>Chapter 11<br><br>**Expedited Hearing Scheduled:**<br>**Thursday, December 15, 2022 at 11:00am.**<br><br>A contested matter |

## EXHIBIT LIST OF EMPIRE COUNTERTOPS, LLC

| Exhibit | Description of Exhibit | Offered | Objection | Admitted |
|---|---|---|---|---|
| 1. | *Revised* 30-Day Budget (December 2022) | | | |
| 2. | Emergency Expenses | | | |
| 3. | List of Debtor's Balance Sheet | | | |
| 4. | Projection of Revenue Over 6 Months | | | |
| 5. | UCC Lien Claimants | | | |
| 6. | Wells Fargo DIP Account Information | | | |
| 7. | Postpetition Payroll Expenses | | | |
| 8. | Any item filed of record in this proceeding | | | |
| 9. | Any exhibit introduced by any other party | | | |

## WITNESS LIST

1. Curtis "Mitch" Mahoney, Debtor's Representative

2. Scott Laine, Debtor's Controller

3. Any witness called or listed on opposing counsel's list.

The Debtor reserves the right to use any exhibit introduced into evidence by any other party, to introduce and use any document that has been filed in this bankruptcy proceeding, to use any witness or exhibit not listed herein for purposes of rebuttal or impeachment, and to supplement or amend this witness and exhibit list at any time prior to the hearing.

DATED: December 14, 2022.

Respectfully submitted:

NORRED LAW, PLLC

By: __/s/ Clayton L. Everett____
    Clayton L. Everett
Texas State Bar No. 24065212
clayton@norredlaw.com
515 E. Border Street
Arlington, Texas 76010
Telephone: (817) 704-3984
Proposed Counsel for Debtor

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the Debtor's Witness Exhibit List was served on the Office of the U.S. Trustee and upon the parties receiving notice via the Court's CM/ECF system. A copy will also be served by US Mail on the Debtor's matrix as well as the parties below:

Newtek Finance
c/o Patrick Appleton
4800 T-Rex Ave., Ste. 110
Boca Raton, FL 33431

BTH Bank / Origins
c/o Michael Slesinger
5001 El Campo Avenue
Fort Worth, TX 76107

Eagle Eye Advance LLC
254 36th Street, Ste. C303
Brooklyn, NY 11232

340 Broadway Holdings LLC
1560 Sawgrass Corp. Pkwy. Ste.474
Fort Lauderdale, FL 33323

Jeremy S. Williams
901 East Byrd Street, Suite 1000
Richmond, Virginia 23219
Via: jeremy.williams@kutakrock.com
Counsel for Eagle Eye Advance LLC

W.J. Wade, Jr.
2112 Indiana Avenue
Lubbock, TX 79410
*Counsel for 340 Broadway Holdings LLC*

| | |
|---|---|
| The LCF Group, Inc.<br>3000 Marcus Ave. Suite 2W15<br>New Hyde Park, NY 11042 | Merchant Advance LLC<br>1621 Central Avenue<br>Cheyenne, WY 82001 |
| David Fogel, P.C<br>1225 Franklin Avenue 522<br>Garden City, NY 11530<br>*Counsel for Merchant Advance LLC* | Gulf Coast Bank and Trust Company<br>1170 Celebration Blvd, Ste. 100<br>Kissimmee, FL 34747-4604 |

By: __/s/ Clayton L. Everett____