**One Month Budget Expenses- December 2022**

| Category | Total | | | | |
|---|---|---|---|---|---|
| Payroll | $105,904.00 | | | | |
| Raw Material | $65,000.00 | | | | |
| Utilities | $12,978.00 | | | | |
| General Expenses | $14,581.00 | | | | |
| | | | | | |
| | | | | | |
| Expenses | $198,463.00 | | | | |
| | | | | | |
| Revenue | | $260,000.00 | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Payroll

| 12/2/2022 | Classification | Hours | Net | Gross Pay | Reg | Bonus | Taxes |
|---|---|---|---|---|---|---|---|
| Mitch Mahoney | W2 | 40 | $1,911.98 | $2,400.00 | | | |
| Robin Mahoney | W2 | 40 | $656.55 | $800.00 | | | |
| Matt Baird | W2 | 40 | $1,096.11 | $1,634.52 | | | |
| Scott Laine | W2 | 40 | $1,632.71 | $1,923.08 | | | |
| Gary Pennington | W2 | 40 | $1,491.95 | $1,634.52 | | | |
| | | | | | | | |
| Emir Escencio | W2 | 40 | $871.17 | $1,000.00 | $1,000.00 | | |
| | | | | | | | |
| Javier Berlanga | W2 | | | | $0.00 | $0.00 | |
| pedro Villareal | W2 | 40 | $552.04 | $640.00 | $640.00 | $0.00 | |
| Juan P hernandez | W2 | | | | $0.00 | $0.00 | |
| | | | | | | | |
| | | | | | | | |
| Julio Chavez | W2 | 38 | $994.40 | $1,241.68 | $608.00 | $633.68 | |
| Alejandro Rodriquez | W2 | 38 | $1,030.78 | $1,241.68 | $608.00 | $633.68 | |
| Francesco Barrientez | W2 | 38 | $1,028.43 | $1,241.68 | $608.00 | $633.68 | |
| | | | | | | | |
| Florintino Arreguin | 1099 | | | | | $0.00 | |
| Oscar Chavez | W2 | 38.6 | $1,047.76 | $1,343.40 | $772.00 | $571.40 | |
| | | | | | | | |
| Rigoberto Benevides | 1099 | | | $3,186.87 | | | |
| Ruben Coyote | 1099 | | | $2,765.84 | | | |
| Juan P Coyote | 1099 | | | $1,322.75 | | | |
| | | | | $22,376.02 | | | $4,100.00 |
| Total Payroll Expense- $26,476.00 | | | | | | | |

| 12/9/2022 | Classification | Hours | Net | Gross Pay | Reg | Bonus | Taxes |
|---|---|---|---|---|---|---|---|
| Mitch Mahoney | W2 | 40 | $1,911.98 | $2,400.00 | | | |
| Robin Mahoney | W2 | 40 | $656.55 | $800.00 | | | |
| Matt Baird | W2 | 40 | $1,096.11 | $1,634.52 | | | |
| Scott Laine | W2 | 40 | $1,632.71 | $1,923.08 | | | |
| Gary Pennington | W2 | 40 | $1,491.95 | $1,634.52 | | | |
| | | | | | | | |
| Emir Escencio | W2 | 40 | $871.17 | $1,000.00 | $1,000.00 | | |
| | | | | | | | |
| Javier Berlanga | W2 | | | | $0.00 | $0.00 | |
| pedro Villareal | W2 | 40 | $552.04 | $640.00 | $640.00 | $0.00 | |
| Juan P hernandez | W2 | | | | $0.00 | $0.00 | |
| | | | | | | | |
| | | | | | | | |
| Julio Chavez | W2 | 38 | $994.40 | $1,241.68 | $608.00 | $633.68 | |
| Alejandro Rodriquez | W2 | 38 | $1,030.78 | $1,241.68 | $608.00 | $633.68 | |
| Francesco Barrientez | W2 | 38 | $1,028.43 | $1,241.68 | $608.00 | $633.68 | |
| | | | | | | | |
| Florintino Arreguin | 1099 | | | | | $0.00 | |
| Oscar Chavez | W2 | 38.6 | $1,047.76 | $1,343.40 | $772.00 | $571.40 | |
| | | | | | | | |
| Rigoberto Benevides | 1099 | | | $3,186.87 | | | |
| Ruben Coyote | 1099 | | | $2,765.84 | | | |
| Juan P Coyote | 1099 | | | $1,322.75 | | | |
| | | | | $22,376.02 | | | $4,100.00 |
| Total Payroll Expense- $26,476.00 | | | | | | | |

| 12/16/2022 | Classification | Hours | Net | Gross Pay | Reg | Bonus | Taxes |
|---|---|---|---|---|---|---|---|
| Mitch Mahoney | W2 | 40 | $1,911.98 | $2,400.00 | | | |
| Robin Mahoney | W2 | 40 | $656.55 | $800.00 | | | |
| Matt Baird | W2 | 40 | $1,096.11 | $1,634.52 | | | |
| Scott Laine | W2 | 40 | $1,632.71 | $1,923.08 | | | |
| Gary Pennington | W2 | 40 | $1,491.95 | $1,634.52 | | | |
| | | | | | | | |
| Emir Escencio | W2 | 40 | $871.17 | $1,000.00 | $1,000.00 | | |
| | | | | | | | |
| Javier Berlanga | W2 | | | | $0.00 | $0.00 | |
| pedro Villareal | W2 | 40 | $552.04 | $640.00 | $640.00 | $0.00 | |
| Juan P hernandez | W2 | | | | $0.00 | $0.00 | |
| | | | | | | | |
| | | | | | | | |
| Julio Chavez | W2 | 38 | $994.40 | $1,241.68 | $608.00 | $633.68 | |
| Alejandro Rodriquez | W2 | 38 | $1,030.78 | $1,241.68 | $608.00 | $633.68 | |
| Francesco Barrientez | W2 | 38 | $1,028.43 | $1,241.68 | $608.00 | $633.68 | |
| | | | | | | | |
| Florintino Arreguin | 1099 | | | | | $0.00 | |
| Oscar Chavez | W2 | 38.6 | $1,047.76 | $1,343.40 | $772.00 | $571.40 | |
| | | | | | | | |
| Rigoberto Benevides | 1099 | | | $3,186.87 | | | |
| Ruben Coyote | 1099 | | | $2,765.84 | | | |
| Juan P Coyote | 1099 | | | $1,322.75 | | | |
| | | | | $22,376.02 | | | $4,100.00 |
| Total Payroll Expense- $26,476.00 | | | | | | | |

| 12/25/2022 | Classification | Hours | Net | Gross Pay | Reg | Bonus | Taxes |
|---|---|---|---|---|---|---|---|
| Mitch Mahoney | W2 | 40 | $1,911.98 | $2,400.00 | | | |
| Robin Mahoney | W2 | 40 | $656.55 | $800.00 | | | |
| Matt Baird | W2 | 40 | $1,096.11 | $1,634.52 | | | |
| Scott Laine | W2 | 40 | $1,632.71 | $1,923.08 | | | |
| Gary Pennington | W2 | 40 | $1,491.95 | $1,634.52 | | | |
| | | | | | | | |
| Emir Escencio | W2 | 40 | $871.17 | $1,000.00 | $1,000.00 | | |
| | | | | | | | |
| Javier Berlanga | W2 | | | | $0.00 | $0.00 | |
| pedro Villareal | W2 | 40 | $552.04 | $640.00 | $640.00 | $0.00 | |
| Juan P hernandez | W2 | | | | $0.00 | $0.00 | |
| | | | | | | | |
| | | | | | | | |
| Julio Chavez | W2 | 38 | $994.40 | $1,241.68 | $608.00 | $633.68 | |
| Alejandro Rodriquez | W2 | 38 | $1,030.78 | $1,241.68 | $608.00 | $633.68 | |
| Francesco Barrientez | W2 | 38 | $1,028.43 | $1,241.68 | $608.00 | $633.68 | |
| | | | | | | | |
| Florintino Arreguin | 1099 | | | | | $0.00 | |
| Oscar Chavez | W2 | 38.6 | $1,047.76 | $1,343.40 | $772.00 | $571.40 | |
| | | | | | | | |
| Rigoberto Benevides | 1099 | | | $3,186.87 | | | |
| Ruben Coyote | 1099 | | | $2,765.84 | | | |
| Juan P Coyote | 1099 | | | $1,322.75 | | | |
| | | | | $22,376.02 | | | $4,100.00 |
| Total Payroll Expense- $26,476.00 | | | | | | | |

**Raw Material**

| Vendor | | | | |
|---|---|---|---|---|
| Slabs | $56,000.00 | | | |
| | | | | |
| Sinks | $9,000.00 | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | $65,000.00 | | | |

## Utilities

| Vendor | Category | | | Amount |
|---|---|---|---|---|
| Verizon | Phone | | | $650.00 |
| Pilot Point | Water | | | $650.00 |
| TXU Electric | Electric | | | $1,900.00 |
| Volusion | Internet/Website | | | $90.00 |
| Wix | Internet/Website | | | $25.00 |
| Capital One | Fuel | | | $2,100.00 |
| Quickbooks | Software | | | $280.00 |
| NAICO (c/o BankDirect) | Insurance | | | $4,300.00 |
| Service Lloyds Insurance | Insurance | | | $483.00 |
| Northwest/Douglas | Propane | | | $500.00 |
| Rhino Removal | Trash | | | $2,000.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | $12,978.00 |

**General Expenses**

| Vendor | Category | | | Amount |
|---|---|---|---|---|
| Capital One | Fuel | | | $2,100.00 |
| Offic Max-Depot/PO | Office Supplies | | | $450.00 |
| NAICO (c/o BankDirect) | Insurance | | | $4,300.00 |
| Service Lloyds Insurance | Insurance | | | $4,556.00 |
| Rhino Removal | Trash | | | $2,000.00 |
| G-Mail | Email | | | $575.00 |
| Lowes,Ace,HD,etc... | Parts/Supplies/Tools | | | $600.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | Total | $14,581.00 |