**Payments**

| Immediate to Generate Revenue | Amount |
|---|---|
| **Raw Material** | |
| Granite | $24,000.00 |
| Sinks | $2,500.00 |
| Shop Supplies (Blades,Glue) | $1,000.00 |
| | **$27,500.00** |

| Immediate to keep doors open | |
|---|---|
| Utilities | Amount |
| Adams Pest | $325.00 |
| Verizon | $1,255.00 |
| TXU | $3,545.00 |
| Rhino | $174.00 |
| QuickBooks | $250.00 |
| **Employees** | |
| Payroll | $89,197.00 |
| Payroll Taxes | $27,386.00 |
| Insurica Insurance | $4,250.00 |
| Lloyds of London | $456.00 |
| Rhino Waste | $2,400.00 |
| | **$129,238.00** |

Total $156,738.00