# Empire Countertops, LLC.
## Balance Sheet (Snapshot)
### As of November 30, 2022

| ASSETS | | Total |
|---|---|---:|
| **Current Assets** | | |
|   Petty Cash (Pilot Point) | $ | 95.31 |
|   CHASE CHECKING (1535) | $ | 31,590.01 |
|   CHASE SAVINGS (1185) | $ | 105,352.35 |
|   CHASE CHECKING (7160) | $ | 410.87 |
|   WELLS FARGO (7412) | $ | 6,022.10 |
|   Accounts Receivable (A/R) | $ | 234,752.08 |
|   Inventory-Surfaces&Sinks | $ | 3,173,549.47 |
|   Inventory-Finished Goods | $ | 4,568.93 |
|   Work in Process | $ | 4,059.74 |
|   Prepaid expenses | $ | 167,886.98 |
| **Total Current Assets** | $ | **3,728,287.84** |
| **Fixed Assets** | | |
|   Assets, Vehicles | $ | 89,962.00 |
|   Assets, Machinery & Equipment | $ | 398,466.00 |
|   Assets, Furniture & Fixtures | $ | 16,500.00 |
|   Assets, Leases & Improvements | $ | 16,478.96 |
|   Assets, Buildings | $ | 2,025,572.40 |
|   Assets, Land | $ | 435,000.00 |
| **Total Fixed Assets** | $ | **2,981,979.36** |
| **Long Term Assets** | | |
|   Prepaid Other | $ | 12,415.29 |
| **Total Long Term Assets** | $ | **12,415.29** |
| **TOTAL ASSETS** | $ | **6,722,682.49** |
| **LIABILITIES AND EQUITY** | | |
| **Liabilities** | | |
|   Current Liabilities | | |
|     Accounts Payable (A/P) | $ | 3,369,754.20 |
|   **Total Current Liabilities** | $ | **3,369,754.20** |
|   Long-Term Liabilities | | |
|     BTH Bank Line of Credit | $ | 3,465,885.86 |
|     MCA Capital Hold Note Payable | $ | 483,900.56 |
|     SBA Treasury 310 | $ | 1,999,827.00 |
|     NewTek 1853447 / SBA 2991969100 | $ | 3,324,042.56 |
|     NewTek 1882212 / SBA 2991229101 | $ | 1,075,425.54 |
|   **Total Long-Term Liabilities** | $ | **10,349,081.52** |
| **TOTAL LIABILITIES** | $ | **13,718,835.72** |
| Equity | $ | (6,996,153.23) |
| **Total Equity** | $ | **(6,996,153.23)** |
| **TOTAL LIABILITIES AND EQUITY** | $ | **6,722,682.49** |

Thursday, Dec 01, 2022 04:46:58 PM GMT-8 - Accrual Basis    $    -