**Six Month Revenue    12-2022 thru 5-2023**

| | Jobs in Process (Need cash for Materials 30,000.00) | | |
|---|---|---|---|
| December 15th thru 31 | Randy Feutech Homes | | $15,000.00 |
| | Buyers Group | | |
| | Rutledge | | $82,000.00 |
| | CoreGateway | | |
| | R-NBC | | |
| | Legacy | | $22,000.00 |
| | Wyndham | | $12,500.00 |
| | Retail | | $15,000.00 |
| | Gladstone | | $6,350.00 |
| | PIN | | |
| | 1st Penninton | | |
| | misc. | | |
| | | | |
| | | | |
| | | total | $152,850.00 |

| | | | |
|---|---|---|---|
| Mar-23 | Randy Feutech Homes | | $15,000.00 |
| | Buyers Group | | $22,000.00 |
| | Rutledge | | $45,000.00 |
| | CoreGateway | | $65,000.00 |
| | R-NBC | | $32,000.00 |
| | Legacy | | $22,000.00 |
| | Wyndham | | $12,500.00 |
| | Retail | | $15,000.00 |
| | Gladstone | | $6,350.00 |
| | PIN | | $12,000.00 |
| | 1st Penninton | | $6,500.00 |
| | misc. | | $12,000.00 |
| | | | |
| | | | |
| | | total | $265,350.00 |

| | | | |
|---|---|---|---|
| Jan-23 | Randy Feutech Homes | | $15,000.00 |
| | Buyers Group | | $22,000.00 |
| | Rutledge | | $45,000.00 |
| | CoreGateway | | $65,000.00 |
| | R-NBC | | $32,000.00 |
| | Legacy | | $22,000.00 |
| | Wyndham | | $12,500.00 |
| | Retail | | $15,000.00 |
| | Gladstone | | $6,350.00 |
| | PIN | | $12,000.00 |
| | 1st Penninton | | $6,500.00 |
| | misc. | | $12,000.00 |

| | | | |
|---|---|---|---|
| Apr-22 | Randy Feutech Homes | | $15,000.00 |
| | Buyers Group | | $22,000.00 |
| | Rutledge | | $45,000.00 |
| | Orison | | $50,000.00 |
| | R-Fogo | | $26,500.00 |
| | Legacy | | $22,000.00 |
| | Wyndham | | $12,500.00 |
| | Retail | | $15,000.00 |
| | Gladstone | | $6,350.00 |
| | PIN | | $12,000.00 |
| | 1st Penninton | | $6,500.00 |
| | misc. | | $12,000.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | total | $265,350.00 | | | | total | $244,850.00 |
| Feb-23 | Randy Feutech Homes | | $15,000.00 | | May-23 | Randy Feutech Homes | | $15,000.00 |
| | Buyers Group | | $22,000.00 | | | Buyers Group | | $22,000.00 |
| | Rutledge | | $45,000.00 | | | Rutledge | | $45,000.00 |
| | CoreGateway | | $65,000.00 | | | Orison | | $50,000.00 |
| | R-NBC | | $32,000.00 | | | R-NBC | | $32,000.00 |
| | Legacy | | $22,000.00 | | | Legacy | | $22,000.00 |
| | Wyndham | | $12,500.00 | | | Wyndham | | $12,500.00 |
| | Retail | | $15,000.00 | | | Retail | | $15,000.00 |
| | Gladstone | | $6,350.00 | | | Gladstone | | $6,350.00 |
| | PIN | | $12,000.00 | | | PIN | | $12,000.00 |
| | 1st Penninton | | $6,500.00 | | | 1st Penninton | | $6,500.00 |
| | misc. | | $12,000.00 | | | misc. | | $12,000.00 |
| | | total | $265,350.00 | | | | total | $250,350.00 |