Plaintiff's Exhibit 6

# Business Account Application


WELLS FARGO

| | |
|---|---|
| Bank Name: WELLS FARGO BANK, N.A. | Branch Name: ROANOKE CROSSING |
| Banker Name: JIM BRITO | Officer/Portfolio Number: B8521 — Date: 12/13/2022 |
| Banker Phone: 817/491-2958 — Branch Number: 07918 | Banker AU: 0068500 — Banker MAC: T9777-010 |

To help the government fight the funding of terrorism and money laundering activities, U.S. Federal law requires financial institutions to obtain, verify, and record information that identifies each person (individuals and businesses) who opens an account. What this means for you: When you open an account, we will ask for your name, address, date of birth and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents.

## New Account Information

[X] New Deposit Account(s) Only     [ ] New Deposit Account(s) and Business Credit Card

| | |
|---|---|
| Account 1 Product Name: Initiate Business Checking | Purpose of Account 1: General Operating Account |
| COID: 808 — Product: DDA — Account Number: ████4110 | Opening Deposit: $25.00 — Type of Funds: INTX |
| New Account Kit: mitchmahoney62@yahoo.com | Checking/Savings Bonus Offer Available: NO |

## Related Customer Information

| | |
|---|---|
| Customer 1 Name: EMPIRE COUNTERTOPS, LLC | Account Relationship: Sole Owner |
| Enterprise Customer Number (ECN): 125190291737266 | |
| Customer 2 Name: CURTIS M MAHONEY | Account Relationship: Signer |
| Enterprise Customer Number (ECN): 40513180817 | |

## Checking/Savings Statement Mailing Information

| | |
|---|---|
| Name(s) and Information Listed on Statement: EMPIRE COUNTERTOPS, LLC  DEBTOR IN POSSESSION  CH11 CASE #22-41686 (ETX) | Statement Mailing Address: 1137 ENTERPRISE DR  Address Line 2:  City: PILOT POINT — State: TX  ZIP/Postal Code: 76258-4600 — Country: US |

**Customer Copy**

Page 1 of 5

BBG2307 (10-21 SVP)

Scanned with CamScanner