12/16/2022

|  | Hours | Re-imbursement | Gross Pay | Reg | Bonus | With Burden |
|---|---|---|---|---|---|---|
| Mitch Mahoney | 40 | $1,911.21 | $2,400.00 |  |  | $2,880.00 |
| Robin Mahoney | 40 | $656.55 | $800.00 |  |  | $960.00 |
| Matt Baird | 40 | $1,307.62 | $1,634.52 |  |  | $1,961.42 |
| Scott Laine | 40 | $1,538.46 | $1,923.08 |  |  | $2,307.70 |
| Theresa Reavis | 40 | $1,307.62 | $1,634.52 |  |  | $1,961.42 |
| Gary Pennington | 40 | $1,307.20 | $1,634.00 |  |  | $1,960.80 |
| Emir Escencio | 36 | $720.00 | $900.00 | $900.00 |  | $1,080.00 |
|  |  |  |  |  |  | $0.00 |
| Javier Berlanga | 0 | $262.94 | $328.68 | $0.00 |  |  |
| pedro Villareal | 36 | $460.80 | $576.00 | $576.00 |  | $691.20 |
| Juan P hernandez | 0 | $665.62 | $832.02 | $0.00 |  |  |
|  |  |  |  |  |  | $0.00 |
|  |  |  |  |  |  | $0.00 |
|  |  |  |  |  |  | $0.00 |
| Julio Chavez | 34 | $672.89 | $841.11 | $544.00 | $297.11 | $1,009.33 |
| Alejandro Rodriq | 34 | $672.89 | $841.11 | $544.00 | $297.11 | $1,009.33 |
| Francesco Barrier | 34 | $672.89 | $841.11 | $544.00 | $297.11 | $1,009.33 |
|  | 0 |  |  |  |  | $0.00 |
| Florintino Arreguin |  |  | $0.00 |  | $0.00 | $0.00 |
| Oscar Chavez | 28 | $701.07 | $876.34 | $560.00 | $316.34 | $1,051.61 |
| Jorge Villegas |  |  | $0.00 |  |  |  |
| Rigoberto Benevides |  |  | $3,472.69 |  |  | $3,472.69 |
| Ruben Coyote |  |  |  |  |  |  |
| Juan P Coyote |  |  |  |  |  |  |

Total Pay and Tax    $21,354.84