Brian J. Wagner (TX 24077212)
**KUTAK ROCK LLP**
5 Park Plaza, Suite 1500
Irvine, CA 92614-8595
Telephone: (949) 417-0999
Facsimile: (949) 417-5394

Jeremy S. Williams (VA 77469)
Adolyn C. Wyatt (VA 97746)
**KUTAK ROCK LLP**
901 East Byrd Street, Suite 1000
Richmond, Virginia 23219-4071
Telephone: (804) 644-1700
Facsimile: (804) 783-6192

*Counsel to Eagle Eye Advance LLC*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EMPIRE COUNTERTOPS, LLC, | ) | Case No. 22-41686-BTR |
| | ) | |
| Debtor. | ) | |
| | ) | |

## EAGLE EYE ADVANCE LLC'S LIST OF WITNESSES AND EXHIBITS

Eagle Eye Advance LLC ("Eagle Eye"), by counsel, submits the following as its List of Witnesses and Exhibits to be relied upon at the hearing on *Debtor's Motion for Entry of Interim and Final Orders Authorizing Debtor's Use of Cash Collateral Pursuant to Bankruptcy Code Section 361, 362 and 363* [Docket No. 13] (the "Cash Collateral Motion") filed by Empire Countertops, LLC (the "Debtor"):

### WITNESSES

Eagle Eye hereby identifies the following individuals which may be called in connection with the hearing on the Debtor's Cash Collateral Motion:

1. Elliot Shasho;

2. Erica R. Gilerman; and

3. Any other witness listed on the Debtor's or any other party in interest's lists of witnesses.

## EXHIBITS

Eagle Eye hereby identifies the following exhibits, which are attached hereto, that Eagle Eye may seek to introduce as evidence in connection with the hearing on the Debtor's Cash Collateral Motion:

| Exhibit | Document |
|---------|----------|
| A | Standard Merchant Cash Advance Agreement Dated March 24, 2022 |
| B | UCC Financing Statement filed with the Texas Secretary of State as Filing Number 22-0021555244 |
| C | Chase Bank Statements |

In addition to the above-referenced exhibits, the Trustee may use any other exhibit listed or designated by any other party in connection with these proceedings.

Richmond, Virginia  
Dated: December 14, 2022

/s/ *Brian J. Wagner*  
**KUTAK ROCK LLP**  
Brian J. Wagner (TX No. 24077212)  
5 Park Plaza, Suite 1500  
Irvine, CA 92614-8595  
Telephone: (949) 417-0999  
Facsimile: (949) 417-5394  
brian.wagner@kutakrock.com

and

**KUTAK ROCK LLP**  
Jeremy S. Williams (VSB No. 77469)  
Adolyn C. Wyatt (VSB No. 97746)  
901 East Byrd Street, Suite 1000  
Richmond, Virginia 23219  
Telephone: (804) 644-1700  
Facsimile: (804) 783-6192  
jeremy.williams@kutakrock.com  
adolyn.wyatt@kutakrock.com  
*Counsel for Eagle Eye Advance LLC*

## CERTIFICATE OF SERVICE

  Pursuant to the Local Rules of this Court, I hereby certify under penalty of perjury that on December 14, 2022, a true and correct copy of the foregoing document was served on all necessary parties via the Court's CM/ECF.

                 /s/ *Brian J. Wagner*
                    Counsel