**Payments**

| Immediate to Generate Revenue | Amount | | Immediate to keep doors open | |
|---|---|---|---|---|
| | | | Utilities | Amount |
| Raw Material | | | Adams Pest | $325.00 |
| Granite | $24,000.00 | | Verizon | $1,255.00 |
| Sinks | $2,500.00 | | TXU | $3,545.00 |
| Shop Supplies (Blades,Glue) | $1,000.00 | | Rhino | $174.00 |
| | | | QuickBooks | $250.00 |
| | | | | |
| | | | Employees | |
| | | | Payroll | $89,197.00 |
| | | | Payroll Taxes | $27,386.00 |
| | | | | |
| | | | Insurica Insurance | $4,250.00 |
| | | | Lloyds of London | $456.00 |
| | | | | |
| | | | Rhino Waste | $2,400.00 |
| | $27,500.00 | | | $129,238.00 |

Total  $156,738.00