| | |
|---|---|
| Debtor name | Empire Countertops, LLC |
| United States Bankruptcy Court for the: | Eastern District of Texas |
| Case number (if known): | 22-41686 |

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:  Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**
   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**

   Current value of debtor's interest

2. **Cash on hand** _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|
   | 3.1 JP Morgan Chase | Checking account | 1535 | $31,615.01 |

   **Additional Page Total** - *See continuation page for additional entries*     $136,741.60

4. **Other cash equivalents** *(Identify all)*
   **None**

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.     $168,356.61

### Part 2:  Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**
   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

   Current value of debtor's interest

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit
   **None**

**8.**    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

**None**

**9.**    **Total of Part 2**
Add lines 7 through 8 (including amounts on any additional sheets). Copy the total to line 81.

$0.00

---

**Part 3: Accounts receivable**

---

**10.**    **Does the debtor have any accounts receivable?**
☐ No. Go to Part 4.
☑ Yes. Fill in the information below.

Current value of debtor's interest

**11.**    **Accounts Receivable**

11a. 90 days old or less: _____ - _____ = ..... ➡ _____
face amount      doubtful or uncollectible accounts

11b. Over 90 days old:   **$4,680,475.00** - **$4,680,475.00** = ..... ➡ **$4,680,475.00**
face amount      doubtful or uncollectible accounts

**12.**    **Total of Part 3**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$4,680,475.00

---

**Part 4: Investments**

---

**13.**    **Does the debtor own any investments?**
☑ No. Go to Part 5.
☐ Yes. Fill in the information below.

Valuation method used for current value      Current value of debtor's interest

**14.**    **Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

**None**

**15.**    **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of fund or stock:      % of ownership:

**None**

**16.**    **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

**None**

17. **Total of Part 4**

    Add lines 14 through 16 (including any additional sheets). Copy the total to line 83.

    |  $0.00 |

---

**Part 5:   Inventory, excluding agriculture assets**

---

18. **Does the debtor own any inventory (excluding agriculture assets)?**
    ☑ No. Go to Part 6.
    ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

19. **Raw materials**

    None

20. **Work in progress**

    None

21. **Finished goods, including goods held for resale**

    None

22. **Other inventory or supplies**

    None

23. **Total of Part 5**

    Add lines 19 through 22 (including any additional sheets). Copy the total to line 84.

    |  $0.00 |

24. **Is any of the property listed in Part 5 perishable?**
    ☑ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ☑ No
    ☐ Yes

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

---

**Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)**

---

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
    ☑ No. Go to Part 7.
    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**28. Crops — either planted or harvested**

   **None**

**29. Farm animals** *Examples*: Livestock, poultry, farm-raised fish

   **None**

**30. Farm machinery and equipment** (Other than titled motor vehicles)

   **None**

**31. Farm and fishing supplies, chemicals, and feed**

   **None**

**32. Other farming and fishing-related property not already listed in Part 6**

   **None**

**33. Total of Part 6**
   Add lines 28 through 32. Copy the total to line 85.          $0.00

**34. Is the debtor a member of an agricultural cooperative?**
   ☑ No
   ☐ Yes. Is any of the debtor's property stored at the cooperative?
       ☐ No
       ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
   ☑ No
   ☐ Yes

**36. Is a depreciation schedule available for any of the property listed in Part 6?**
   ☑ No
   ☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

---

**Part 7: Office furniture, fixtures, and equipment; and collectibles**

---

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
   ☐ No. Go to Part 8.
   ☑ Yes. Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **39.** | **Office furniture** | | | |
| | 39.1 **Various desks, chairs, lamps, monitors, printers, canners, and phones.** | $16,500.00 | | $16,500.00 |
| **40.** | **Office fixtures** | | | |
| | **None** | | | |
| **41.** | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| | 41.1 **Two Zebra Bar Code Printers** | $2,000.00 | | $2,000.00 |
| | **Additional Page Total -** *See continuation page for additional entries* | | | $324,966.00 |
| **42.** | **Collectibles** *Examples:* Antiques and figurines; paintings, prints or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| | **None** | | | |

**43.** **Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.

| |
|---|
| $343,466.00 |

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

**Part 8:   Machinery, equipment, and vehicles**

---

**46.** **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.3 **2013 Ford F150 / VIN: 1FTNF1CT0DKF78240** | (Unknown) | | $4,855.00 |
| 47.4 **2018 Dodge Ram 2500 / VIN: 3C6UR5CJ4JG378173** | (Unknown) | | $24,599.00 |
| 47.5 **2011 Dodge 3800 Flatbed / VIN: 3D6WF4EL5BG600248** | (Unknown) | | $6,455.00 |
| **Additional Page Total -** *See continuation page for additional entries* | | | $43,553.00 |
| **48.** **Watercraft, trailers, motors, and related accessories** *Examples*: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 **2012 Speedy Trailer / VIN: 55UGU202XCM300110** | (Unknown) | | $2,500.00 |
| **Additional Page Total -** *See continuation page for additional entries* | | | $7,000.00 |
| **49.** **Aircraft and accessories** **None** | | | |
| **50.** **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| 50.1 **2013 Caterpiller AT3536477 (with SSHO39P25i attachment) / Small fork lift, (5,000lb Cap.)** | $17,500.00 | | $17,500.00 |
| **Additional Page Total -** *See continuation page for additional entries* | | | $54,000.00 |
| **51.** **Total of Part 8** Add lines 47 through 50. Copy the total to line 87. | | | $160,462.00 |

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

**Part 9:    Real Property**

---

54.    **Does the debtor own or lease any real property?**
☐ No. Go to Part 10.
☑ Yes. Fill in the information below.

| General description | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has interest**

| **Mixed use light industrial lots, 18-20 and 26-33 in block 1 of Walter Ray Addition** | Fee Simple | $1,337,786.00 | | $1,337,786.00 |
|---|---|---|---|---|
| 55.1  1137 Enterprise Dr. Pilot Point, TX 76258 | | | | |

56.    **Total of Part 9**

Add the current value on lines 55.1 through 55.3 and entries from any addition sheets. Copy the total to line 88.      | $1,337,786.00 |

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

**Part 10:    Intangibles and Intellectual Property**

---

59.    **Does the debtor have any interests in intangibles or intellectual property?**
☑ No. Go to Part 11.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

60.    **Patents, copyrights, trademarks, and trade secrets**

**None**

61.    **Internet domain names and websites**

**None**

62. **Licenses, franchises, and royalties**

    **None**

63. **Customer lists, mailing lists, or other compilations**

    **None**

64. **Other intangibles, or intellectual property**

    **None**

65. **Goodwill**

    **None**

66. **Total of Part 10**

    Add lines 60 through 65. Copy the total to line 89.

    | |
    |---|
    | _____ $0.00 |

67.        **Do your lists or records include personally identifiable information of customers?** (as defined in 11 U.S.C. §§ 101(41A) and 107)
           ☑ No
           ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ☑ No
    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

**Part 11:   All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    ☑ No. Go to Part 12.
    ☐ Yes. Fill in the information below.

    Current value of debtor's
    interest

71. **Notes receivable**
    Description (include name of obligor)

    **None**

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

    **None**

73. **Interests in insurance policies or annuities**

    **None**

74.  **Causes of action against third parties (whether or not a lawsuit has been filed)**

     **None**

75.  **Other contingent and unliquidated claims or causes of action of every nature,
     including counterclaims of the debtor and rights to set off claims**

     **None**

76.  **Trusts, equitable or future interests in property**

     **None**

77.  **Other property of any kind not already listed** *Examples:* Season tickets,
     country club membership

     **None**

78.  **Total of Part 11**
     Add lines 71 through 77. Copy the total to line 90.

     | $0.00 |

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
     ☑ No
     ☐ Yes

| Type of property | | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | Cash, cash equivalents, and financial assets. *Copy line 5, Part 1.* | $168,356.61 | |
| 81. | Deposits and prepayments. *Copy line 9, Part 2.* | $0.00 | |
| 82. | Accounts receivable. *Copy line 12, Part 3.* | $4,680,475.00 | |
| 83. | Investments. *Copy line 17, Part 4.* | $0.00 | |
| 84. | Inventory. *Copy line 23, Part 5.* | $0.00 | |
| 85. | Farming and fishing-related assets. *Copy line 33, Part 6.* | $0.00 | |
| 86. | Office furniture, fixtures, and equipment; collectibles. *Copy line 43, Part 7.* | $343,466.00 | |
| 87. | Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $160,462.00 | |
| 88. | Real property. *Copy line 56, Part 9.* ........................................................... | → | $1,337,786.00 |
| 89. | Intangibles and intellectual property. *Copy line 66, Part 10.* | $0.00 | |
| 90. | All other assets. *Copy line 78, Part 11.* | + $0.00 | |
| 91. | Total. Add lines 80 through 90 for each column...... 91a. | $5,352,759.61 | + 91b. $1,337,786.00 |
| 92. | Total of all property on Schedule A/B. Lines 91a + 91b = 92 ................................................................................................. | | $6,690,545.61 |

## Additional Page

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

**3. Checking, savings, money market, or financial brokerage accounts -** *Continued*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.2 JP Morgan Chase | Checking account | 7160 | $410.87 |
| 3.3 Wells Fargo | Checking account | 7412 | $30,980.10 |
| 3.4 JP Morgan Chase | Savings account | 1185 | $105,350.63 |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **41. Office equipment -** *Continued* | | | |
| 41.2 Table saw | $1,100.00 | | $1,100.00 |
| 41.3 76 Job carts | $22,800.00 | | $22,800.00 |
| 41.4 138 Iron A Frames | $44,850.00 | | $44,850.00 |
| 41.5 21 Industrial Racks | $44,100.00 | | $44,100.00 |
| 41.6 36 sets-24" Gravity Roll Conveyor & Stand | $34,800.00 | | $34,800.00 |
| 41.7 12 Corian carts | $7,800.00 | | $7,800.00 |
| 41.8 Sasso K600 saw- serial 1896 | $87,416.00 | | $87,416.00 |
| 41.9 Sulair Compressor 6516 75 horse - serial 003-145103 | $5,000.00 | | $5,000.00 |
| 41.10 Air compressor | $9,600.00 | | $9,600.00 |
| 41.11 Marmo Mechanica, bridge saw- H&O 1 B | $29,000.00 | | $29,000.00 |
| 41.12 Matrix Triton bridge saw-A3 | $12,500.00 | | $12,500.00 |
| 41.13 Streibig panel saw-serial 28648 | $9,000.00 | | $9,000.00 |
| 41.14 Profilematic groover | $5,500.00 | | $5,500.00 |
| 41.15 Komo Solutron CNC saw-serial 58547-06 | $9,000.00 | | $9,000.00 |

**Additional Page**

| | | | |
|---|---|---|---|
| 41,16<br>**Powermatic tablesaw-<br>model 66** | $2,500.00 | | $2,500.00 |

| General description<br>Include year, make, model, and<br>identification numbers (i.e.,<br>VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used for current<br>value | Current value of debtor's<br>interest |
|---|---|---|---|
| **47.  Automobiles, vans, trucks, motorcycles, trailers, and titled<br>farm vehicles - Continued** | | | |
| 47,4<br>**2015 Dodge Ram 2500 /**<br>VIN: 3C6LR4AT1FG623402 | (Unknown) | | $21,555.00 |
| 47,5<br>**2019 Ford Escape / VIN:**<br>1FMCU0F78KUA41179 | (Unknown) | | $21,998.00 |
| **48.  Watercraft, trailers, motors,<br>and related accessories -<br>Continued** | | | |
| 48,2<br>**2013 W&W Trailer / VIN:**<br>11WHC1424EW311156 | (Unknown) | | $1,500.00 |
| 48,3<br>**2014 W&W Trailer / VIN:**<br>11WHC1423EW311150 | (Unknown) | | $1,500.00 |
| 48,4<br>**2016 Best Trailer / VIN:**<br>5YHGN2025DM304782 | (Unknown) | | $1,500.00 |
| 48,5<br>**2000 Gooseneck Trailer /**<br>VIN: 4P5GF2025Y1037325 | (Unknown) | | $2,500.00 |
| **50.  Other machinery, fixtures, and<br>equipment - Continued** | | | |
| 50,2<br>**2014 Caterpillar<br>AT3540271 (with<br>ISS39P25i attachment) /**<br>Small fork lift, (5,000lb Cap.) | $17,500.00 | | $17,500.00 |
| 50,3<br>**2014 Caterpiller<br>AT20D10137<br>(w/ISSFPSIM88P70i) /**<br>Large fork lif (15,000 lb Cap.) | (Unknown) | | $36,500.00 |

Debtor name ___Empire Countertops, LLC_____

United States Bankruptcy Court for the: _____Eastern_____ District of ____Texas____
                                          (State)

Case number (if known): ___22-41686_____

☐ Check if this is an amended filing

**Official Form 206D**

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   - ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   - ☑ Yes. Fill in all of the information below.

| **Part 1:** | **List Creditors Who Have Secured Claims** |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Creditor's name**<br>340 Broadway Holding LLC | **Describe debtor's property that is subject to a lien**<br>Accounts receivable over 90 days | $800,000.00 | $4,680,475.00 |
| **Creditor's mailing address**<br>c/o Ted Doukas<br>1560 Saw Grass Corp. Pkwy. 474<br>FL 33323 | **Describe the lien**<br>Business loan | | |
| | **Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes | | |
| **Creditor's email address, if known** | **Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H). | | |
| **Date debt was incurred** _____<br>**Last 4 digits of account number** __ __ __ __ | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Do multiple creditors have an interest in the same property?**<br>☐ No<br>☑ Yes. Specify each creditor, including this creditor, and its relative priority.<br>    1) BTH Bank; 2) Newtek Finance; **3) 340 Broadway Holding LLC** | | | |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**      $11,300,000.00

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**Part 1:** **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.2 Creditor's name**

BTH Bank

**Creditor's mailing address**

c/o Michael Slesinger

5001 El Campo Avenue

Fort Worth, TX 76107

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?
  ☑ No. Specify each creditor, including this creditor, and its relative priority.
    For Accounts receivable over 90 days: **1) BTH Bank**; 2) Newtek Finance; 3) 340 Broadway Holding LLC
  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Accounts receivable over 90 days, 2013 Ford F150, 2018 Dodge Ram 2500, 2011 Dodge 3800 Flatbed , 2015 Dodge Ram 2500, 2019 Ford Escape, 2013 W&W Trailer, 2014 W&W Trailer, 2016 Best Trailer, 2000 Gooseneck Trailer, 2012 Speedy Trailer, 2013 Caterpillar AT3536477 (with SSHO39P25i attachment), 2014 Caterpiller AT20D10137 (w/ISSFPSIM88P70i), 2014 Caterpillar AT3540271 (with ISS39P25i attachment)

**Describe the lien**

Line of Credit

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,500,000.00    $4,840,937.00

**2.3 Creditor's name**

Newtek Finance

**Creditor's mailing address**

c/o Patrick Appleton

4800 T-Rex Avenue 110

Boca Raton, FL 33431

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?
  ☑ No. Specify each creditor, including this creditor, and its relative priority.
    For Accounts receivable over 90 days: 1) BTH Bank; **2) Newtek Finance**; 3) 340 Broadway Holding LLC; For Mixed use light industrial lots, 18-20 and 26-33 in block 1 of Walter Ray Addition: **1) Newtek Finance**; 2) Newtek Finance
  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Accounts receivable over 90 days, Mixed use light industrial lots, 18-20 and 26-33 in block 1 of Walter Ray Addition

**Describe the lien**

SBA Loan

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$4,500,000.00    $6,018,261.00

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.4** **Creditor's name**

Newtek Finance

**Creditor's mailing address**

c/o Patrick Appleton

4800 T-Rex Avenue 110

Boca Raton, FL 33431

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**  __ __ __ __

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

        _____

    ☑ Yes. The relative priority of creditors is specified on lines 2.3

**Remarks:** 1st lien on property

**Describe debtor's property that is subject to a lien**

Mixed use light industrial lots, 18-20 and 26-33 in block 1 of Walter Ray Addition

$2,500,000.00 | $1,337,786.00

**Describe the lien**

SBA 7a Business Loan

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Fill in this information to identify the case:

Debtor name      Empire Countertops, LLC

United States Bankruptcy Court for the:

     Eastern District of Texas

Case number (if known):     22-41686

☐ Check if this is an
     amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured
claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets
- Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries
in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3
   creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| 2.1 | **Priority creditor's name and mailing address**<br>Denton County Tax Assessor/Collector<br><br>1505 E. McKinney Street<br><br>Denton, TX 76209<br><br>**Date or dates debt was incurred**<br>_____<br><br>**Last 4 digits of account**<br>**number** 2 D E N<br>**Specify Code subsection of PRIORITY unsecured**<br>**claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the Claim:**<br>_____<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $144,513.39 | $144,513.39 |
| 2.2 | **Priority creditor's name and mailing address**<br>Denton County Tax Assessor/Collector<br><br>1505 E. McKinney Street<br><br>Denton, TX 76209<br><br>**Date or dates debt was incurred**<br>_____<br><br>**Last 4 digits of account**<br>**number** 0 D E N<br>**Specify Code subsection of PRIORITY unsecured**<br>**claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the Claim:**<br>_____<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $40,287.11 | $40,287.11 |

## Part 1:  Additional Page

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $212,498.96 | $212,498.96 |
|---|---|---|---|---|

**2.3**

Priority creditor's name and mailing address

Internal Revenue Service

Special Procedures-Insolvency

PO Box 7346

Philadelphia, PA 19101-7346

Date or dates debt was incurred
_____

Last 4 digits of account
number ___ ___ ___ ___
Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) __(8)__

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

$212,498.96      $212,498.96

**2.4**

Priority creditor's name and mailing address

Norred Law, PLLC

Norred Law, PLLC

515 E. Border

Arlington, TX 76010

Date or dates debt was incurred
_____

Last 4 digits of account
number ___ ___ ___ ___
Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00      $0.00

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
| --- | --- | --- | --- |

**3.1** Nonpriority creditor's name and mailing address

340 Broadway Holding LLC

1560 Saw Grass Corp. Pkwy. 474

Fort Lauderdale, FL 33323

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$329,000.00**

**3.2** Nonpriority creditor's name and mailing address

Allianz-Kiva/GMI Stone

c/o Euler Hermes, Joshua Redford

800 Red Brook Blvd 400C

Owings Mills, MD 21117

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$28,371.33**

**3.3** Nonpriority creditor's name and mailing address

Allianz-Stratus Surfaces

c/o Euler Hermes, Joshua Redford

800 Red Brook Blvd 400C

Owings Mills, MD 21117

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$26,945.46**

**3.4** Nonpriority creditor's name and mailing address

Blue River Advisors

3839 Bee Caves Rd

Austin, TX 78746

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$104,907.60**

## Part 2:  Additional Page

| | | |
|---|---|---|
| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $220,095.94 |

**3.5** Nonpriority creditor's name and mailing address

Caesarstone

c/o Barnett & Garcia

3821 Juniper Trace 108

Austin, TX 78738

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$220,095.94**

---

**3.6** Nonpriority creditor's name and mailing address

Cambria USA

805 Enterprise Dr. East G

Belle Plaine, MN 56011

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$53,193.00**

---

**3.7** Nonpriority creditor's name and mailing address

Centre Technologies

100 N US 75-Central Expy 1000 200

Richardson, TX 75080

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$44,600.63**

---

**3.8** Nonpriority creditor's name and mailing address

Cloudfund LLC

400 Rella Blvd. 165-101

Suffern, NY 10901

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$71,704.00**

## Part 2:  Additional Page

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $104,000.00 |
|---|---|---|---|

**3.9**   Nonpriority creditor's name and mailing address

    **Dominus Maximus**

    **c/o Drought, Drought, & Bobbitt LLP**

    **2632 Broadway 401-**

    **San Antonio, TX 78215**

    **Date or dates debt was incurred** _____

    **Last 4 digits of account number** ___ ___ ___ ___

As of the petition filing date, the claim is:    **$104,000.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.10**   Nonpriority creditor's name and mailing address

    **Eagle Eye Advance LLC**

    **254 36th Street C303**

    **Brooklyn, NY 11232**

    **Date or dates debt was incurred** _____

    **Last 4 digits of account number** ___ ___ ___ ___

As of the petition filing date, the claim is:    **$675,598.51**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.11**   Nonpriority creditor's name and mailing address

    **Everest Stone**

    **15565 Wright Brothers Drive**

    **Addison, TX 75001**

    **Date or dates debt was incurred** _____

    **Last 4 digits of account number** ___ ___ ___ ___

As of the petition filing date, the claim is:    **$550,000.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:  Raw material**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.12**   Nonpriority creditor's name and mailing address

    **Fabricators Stone Group LLC**

    **2122 N. Church Street**

    **Mckinney, TX 75069**

    **Date or dates debt was incurred** _____

    **Last 4 digits of account number** ___ ___ ___ ___

As of the petition filing date, the claim is:    **$66,779.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

## Part 2:  Additional Page

| | | |
|---|---|---|
| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $3,148.31 |

**3.13**

**Nonpriority creditor's name and mailing address**

Fastenal Company

Attn: Legal

2001 Theurer Blvd.

Winona, MN 55987

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**    $3,148.31
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Good Sold

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.14**

**Nonpriority creditor's name and mailing address**

Hilltop Stones Inc. Dallas

Attn: Chetan Surti

12401 N. Stemmons Frwy. 140

Dallas, TX 75234

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**    $89,055.00
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.15**

**Nonpriority creditor's name and mailing address**

KLZ Stone Supply Inc.

Attn: Nir Kamisa

11129 Zodiac Lane 300

Dallas, TX 75229

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**    $760,600.00
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Raw material

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.16**

**Nonpriority creditor's name and mailing address**

Last Chance Funding, Inc.

3000 Marcus Ave. 2W15

New Hyde Park, NY 11042

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**    $183,900.56
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Part 2: Additional Page**

| | | | |
|---|---|---|---|
| 3.17 | **Nonpriority creditor's name and mailing address**<br>Merchant Advance, LLC<br><br>1621 Central Avenue<br>Cheyenne, WY 82001<br><br>Date or dates debt was incurred _____<br>Last 4 digits of account number ___ ___ ___ ___ | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _____<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $104,564.00 |
| 3.18 | **Nonpriority creditor's name and mailing address**<br>Rubicon<br><br>c/o The Hettena Law Firm, LC<br>31348 Via Colinas 106<br>91362<br><br>Date or dates debt was incurred _____<br>Last 4 digits of account number ___ ___ ___ ___ | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _____<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $51,870.00 |
| 3.19 | **Nonpriority creditor's name and mailing address**<br>Silestone<br><br>355 Alhambra Circle Ste. 1000<br>Miami, FL 33134<br><br>Date or dates debt was incurred _____<br>Last 4 digits of account number ___ ___ ___ ___ | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br>**Basis for the claim:** _____<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $130,000.00 |
| 3.20 | **Nonpriority creditor's name and mailing address**<br>SOCI LP<br><br>718 South Greenville Ave. Ste. 190<br>Allen, TX 75002<br><br>Date or dates debt was incurred _____<br>Last 4 digits of account number ___ ___ ___ ___ | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _____<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $83,210.00 |

## Part 2: Additional Page

| | | |
|---|---|---|
| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $771,000.00 |

**3.21** **Nonpriority creditor's name and mailing address**

Stone Capital Group, Inc.

c/o Hetal Patel

3930 Glade Road 108-272

Colleyville, TX 76034

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:** $771,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Raw material__

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.22** **Nonpriority creditor's name and mailing address**

Triton Stone

12121 N Stemmons Fwy Ste. 170

Dallas, TX 75234

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:** $193,275.03
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 3:  List Others to Be Notified About Unsecured Claims

4.  List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **David Fogel, P.C.**<br>**David Fogel, Esq.**<br>**1225 Franklin Avenue 522**<br>**Garden City, NY 11530** | Line **3.17**<br>☐ Not listed. Explain | ___ ___ ___ ___ |
| 4.2 | **Drought, Drought, & Bobbitt LLP**<br>**Attn: Matt Badders**<br>**2632 Broadway 401-S**<br>**San Antonio, TX 78215** | Line **3.9**<br>☐ Not listed. Explain | |
| 4.3 | **Erica Gilerman, Esq.**<br>**Gilerman Law, P.C.**<br>**515 Madison Ave. 8108**<br>**New York, NY 10022** | Line **3.10**<br>☐ Not listed. Explain | |
| 4.4 | **Lewis Brisbois Bisgaard & Smith LLP**<br>**Attn: David J. Hargis**<br>**24 Greenway Plaza 1400**<br>**Houston, TX 77046** | Line **3.19**<br>☐ Not listed. Explain | ___ ___ ___ ___ |
| 4.5 | **Serebro, Esq., Vadim**<br>**55 Broadway, 3rd Floor**<br>**New York, NY 10006** | Line **3.8**<br>☐ Not listed. Explain | |
| 4.6 | **Stravato, Esq., John**<br>**P.O. Box 298**<br>**Bethpage, NY 11714** | Line **3.17**<br>☐ Not listed. Explain | ___ ___ ___ ___ |
| 4.7 | **The Leviton Law Firm LTD**<br>**One Pierce Place Ste 725 W**<br>**Itasca, IL 60143** | Line **3.22**<br>☐ Not listed. Explain | ___ ___ ___ ___ |

**Part 3:    Additional Page**

| 4.8 | **W.J. Wade, Jr.** | Line **3.1** | | |
| | **Field, Manning, Stone, Hawthorne & Aycock P.C.** | ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| | **2112 Indiana Avenue** | _____ | |
| | **Lubbock, TX 79410** | | |
| 4.9 | **Wells Law, P.C.** | Line **3.10** | | |
| | **Steven W. Wells** | ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| | **229 Warner Road** | _____ | |
| | **Lancaster, NY 14086** | | |

**5.**    **Add the amounts of priority and nonpriority unsecured claims.**

| | | | **Total of claim amounts** |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | $397,299.46 |
| 5b. | **Total claims from Part 2** | 5b. **+** | $4,645,818.37 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $5,043,117.83 |

Fill in this information to identify the case:

Debtor name        Empire Countertops, LLC

United States Bankruptcy Court for the:

       Eastern District of Texas

Case number (if known):     22-41686     Chapter    11

☐ Check if this is an
    amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases     12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1.   Does the debtor have any executory contracts or unexpired leases?

    ☑ **No.** Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

    ☐ **Yes.** Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1**   State what the contract or lease is for and the nature of the debtor's interest

        State the term remaining

        List the contract number of any government contract

**2.2**   State what the contract or lease is for and the nature of the debtor's interest

        State the term remaining

        List the contract number of any government contract

**2.3**   State what the contract or lease is for and the nature of the debtor's interest

        State the term remaining

        List the contract number of any government contract

**2.4**   State what the contract or lease is for and the nature of the debtor's interest

        State the term remaining

        List the contract number of any government contract

Fill in this information to identify the case:

Debtor name __Empire Countertops, LLC__

United States Bankruptcy Court for the: __Eastern__ District of __Texas__
(State)

Case number (If known): __22-41686__

☐ Check if this is an
amended filing

## Official Form 206H

# Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | Street _____ <br><br> _____ <br><br> City    State    ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 _____ | Street _____ <br><br> _____ <br><br> City    State    ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 _____ | Street _____ <br><br> _____ <br><br> City    State    ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 _____ | Street _____ <br><br> _____ <br><br> City    State    ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.5 _____ | Street _____ <br><br> _____ <br><br> City    State    ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.6 _____ | Street _____ <br><br> _____ <br><br> City    State    ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |