| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Empire Countertops, LLC |
| United States Bankruptcy Court for the: | Eastern District of Texas |
| Case number (if known): 22-41686 | Chapter 11 |

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals       12/15

### Part 1: Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**
   Copy line 88 from *Schedule A/B*............................................................................................................... $1,337,786.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*............................................................................................................. $5,352,759.61

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................................................................ $6,690,545.61

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................. $11,300,000.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................. $397,299.46

   3b. **Total amount of claims of non-priority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................ + $4,645,818.37

4. **Total liabilities**.................................................................................................................................... $16,343,117.83
   Lines 2 + 3a + 3b