Fill in this information to identify the case:

Debtor Name: Empire Countertops LLC

United States Bankruptcy Court for the: Eastern District of Texas

Case number: 22-41686

☐ Check if this is an amended filing

Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11

12/17

Month: 12-2022

Date report filed: 01/23/2023 (MM / DD / YYYY)

Line of business: Countertop Manufacture

NAISC code: ____________

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: Curtis M. Mahoney

Original signature of responsible party: [signature]

Printed name of responsible party: Curtis M. Mahoney

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | Yes | No | N/A |
|---|---|---|---|
| **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. Have you paid all of your bills on time? | ☐ | ☑ | ☐ |
| 4. Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☑ | ☐ |
| 7. Have you timely filed all other required government filings? | ☐ | ☑ | ☐ |
| 8. Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Scanned with CamScanner

Debtor Name Empire Countertops LLC Case number 22-41686

| | | | |
|---|---|---|---|
| 17. Have you paid any bills you owed before you filed bankruptcy? | ☐ | ☑ | ☐ |
| 18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? | ☐ | ☑ | ☐ |

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts** $6,770.49

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C.* Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C.*

Report the total from *Exhibit C* here. $162,148.16

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D.* List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D.*

Report the total from *Exhibit D* here. -$70,979.37

22. **Net cash flow** + $91,168.79

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit.*

23. **Cash on hand at the end of the month** = $97,939.28

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E.* Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables** $16,483.11

*(Exhibit E)*

Scanned with CamScanner

Debtor Name Empire Countertops LLC Case number 22-41686

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- [x] 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- [ ] 39. Bank reconciliation reports for each account.
- [ ] 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- [ ] 41. Budget, projection, or forecast reports.
- [ ] 42. Project, job costing, or work-in-progress reports.

Scanned with CamScanner

Debtor Name Empire Countertops LLC Case number 22-41686

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables** $322,608.22

*(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed? 14-W-2, 5-1099
27. What is the number of employees as of the date of this monthly report? 14-W-2, 4-1099

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case? $15,000.00
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed? $15,000.00
30. How much have you paid this month in other professional fees? $0
31. How much have you paid in total other professional fees since filing the case? $15,000.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | *Column A* **Projected** Copy lines 35-37 from the previous month's report. | – | Column B **Actual** Copy lines 20-22 of this report. | = | *Column C* **Difference** Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ N/A | – | $162,148.16 | = | $ N/A |
| 33. **Cash disbursements** | $ N/A | – | $70,979.37 | = | $ N/A |
| 34. **Net cash flow** | $ N/A | – | $97,939.28 | = | $ N/A |

Filed chapter 11 on 12-6-22

35. Total projected cash receipts for the next month: $260,000
36. Total projected cash disbursements for the next month: - $198,463
37. Total projected net cash flow for the next month: = $61,537

Scanned with CamScanner

**Exibit A**

Form 425C

**3. Have you paid all your Bills on time**

a. Empire's main operating account 1535 Chase Bank was frozen on 11-4-2022.

b. Empire opened a temporary Account at Wells Fargo,7412, in November.

c. Empire filed Chapter 11 on December 5th.

d. Empire Opened a DIP account at Wells Fargo,4110.

e. Empire operating on its cash deposits until 12 29-2022, when the Federal order transferred Empires operating cash from Chase account 1535.

**6. Have you timely filed your tax returns and paid all your taxes?**

a. Empire's 2021 Tax return is still in process, pending answers from the IRS.

**7. Have you timely filed all other government filings?**

a.The Q4 2022 Payroll tax filing will be done this week.

Scanned with CamScanner



WELLS
FARGO

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 12/1 | | Deposit Made In A Branch/Store | 13,784.12 | | |
| 12/1 | | Wire Trans Svc Charge - Sequence: 221201156248 Srf# Ow00002735956597 Trn#221201156248 Rfb# Ow00002735956597 | | 30.00 | |
| 12/1 | | WT Fed#06781 Jpmorgan Chase Ban /Ftr/Bnf=Stone Capitol Group Inc Srf# Ow00002735956597 Trn#221201156248 Rfb# Ow00002735956597 | | 750.00 | |
| 12/1 | | Purchase authorized on 12/01 Qt 911 Outside Denton TX P582335856070361 Card 9558 | | 49.09 | |
| 12/1 | 1007 | Check | | 530.78 | |
| 12/1 | 1006 | Check | | 494.40 | |
| 12/1 | 1009 | Check | | 547.76 | |
| 12/1 | 2003 | Check | | 500.00 | 16,904.19 |
| 12/2 | | eDeposit IN Branch/Store 12/02/22 01:49:41 PM 2970 Horizon Rd Rockwall TX | 1,588.23 | | |
| 12/2 | | eDeposit IN Branch/Store 12/02/22 01:50:26 PM 2970 Horizon Rd Rockwall TX | 3,576.83 | | |
| 12/2 | | Purchase authorized on 12/01 Google Gsuite_Emp 650-2530000 CA S462335735348798 Card 9558 | | 569.16 | |
| 12/2 | | Purchase authorized on 12/01 Dickeys TX-157 Denton TX S382335862108451 Card 9558 | | 37.76 | |
| 12/2 | 1012 | Check | | 458.00 | |
| 12/2 | 1003 | Check | | 596.11 | |
| 12/2 | 1011 | Check | | 729.20 | 19,679.02 |
| 12/5 | | Wire Trans Svc Charge - Sequence: 221205139531 Srf# Ow00002748277597 Trn#221205139531 Rfb# Ow00002748277597 | | 30.00 | |
| 12/5 | 1019 | Cashed Check | | 1,358.48 | |
| 12/5 | | WT Seq139531 Theresa R Burnette /Bnf=Theresa Reavis Srf# Ow00002748277597 Trn#221205139531 Rfb# Ow00002748277597 | | 1,634.00 | |
| 12/5 | 1017 | Check | | 768.00 | |
| 12/5 | < | Business to Business ACH Debit - Norred Law, Pllc Echeck Dec 05 000000003721285 Empire Countertops LLC | | 5,000.00 | |
| 12/5 | 1005 | Check | | 52.04 | |
| 12/5 | 1013 | Check | | 433.45 | |
| 12/5 | 2008 | Check | | 265.00 | |
| 12/5 | 1015 | Check | | 748.16 | |
| 12/5 | 1016 | Check | | 755.00 | |
| 12/5 | 1018 | Check | | 815.65 | |
| 12/5 | 1020 | Check | | 2,344.00 | |
| 12/5 | 1021 | Check | | 656.00 | 4,819.24 |
| 12/6 | | Deposit Made In A Branch/Store | 6,716.56 | | |
| 12/6 | | Online Transfer From Mahoney R Everyday Checking xxxxxx9670 Ref #Ib0H47Myj2 on 12/06/22 | 500.00 | | |
| 12/6 | | Recurring Payment authorized on 12/02 Wix.Com*1028213037 800-6000949 NY S462336673172113 Card 9558 | | 36.12 | |
| 12/6 | | Recurring Payment authorized on 12/05 Intuit *Qbooks Onl Cl.Intuit.Com CA S382339431386391 Card 9558 | | 229.19 | |
| 12/6 | | Norred Law, Pllc Echeck Dec 06 000000003730094 Empire Countertops LLC | | 5,000.00 | 6,770.49 |
| 12/8 | 1014 | Check | | 441.72 | 6,328.77 |
| 12/9 | 1031 | Check | | 600.85 | |
| 12/9 | 1032 | Check | | 708.61 | 5,019.31 |
| 12/12 | | Purchase authorized on 12/08 Vzwrlss*My Vz Vb P 800-922-0204 FL S302342656795696 Card 9558 | | 1,255.63 | |
| 12/12 | | Purchase authorized on 12/08 City of Pilot Poin 940-6862165 TX S582342683065581 Card 9558 | | 146.88 | |
| 12/12 | | Purchase authorized on 12/08 Aramsco Interlink 856-686-7747 TX S382342695317989 Card 9558 | | 157.75 | |

Section 2

#19 Opening Balance

Scanned with CamScanner

**Exibit C**

425C Cash Receipts

| Date | 7412 Account | 4110 DIP Account | transfer from 7412 to 4110 |
|---|---|---|---|
| 12/6/2022 | $ 6,716.56 | | |
| 12/6/2022 | $ 500.00 | | |
| 12/13/2022 | | $ 3,399.75 | |
| 12/13/2022 | | | 3142.33 |
| 12/13/2022 | | $ 5,652.30 | |
| 12/19/2022 | | $ 3,177.94 | |
| 12/19/2022 | | $ 3,735.05 | |
| 12/29/2022 | | $ 137,378.23 | |
| 12/29/2022 | | $ 1,588.33 | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | $ 7,216.56 | $ 154,931.60 | |
| Total | | | $ 162,148.16 |

Scanned with CamScanner



## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 12/13 | | Transfer IN Branch/Store - From Empire Countertops, LLC DDA xxxxxx7412 105 E Highway 114 Roanoke TX | 3,132.43 | | 3,132.43 |
| 12/14 | | Deposit Made In A Branch/Store | 3,399.75 | | 6,532.18 |
| 12/16 | | eDeposit IN Branch/Store 12/16/22 10:31:11 Am 105 E Highway 114 Roanoke TX | 5,652.30 | | |
| 12/16 | | Withdrawal Made In A Branch/Store | | 5,078.93 | 7,105.55 |
| 12/19 | | eDeposit IN Branch/Store 12/17/22 11:39:11 Am 112 N Catherine St Terrell TX | 3,177.94 | | |
| 12/19 | | Deposit | 3,735.05 | | |
| 12/19 | | Withdrawal Made In A Branch/Store | | 1,845.97 | |
| 12/19 | | Withdrawal Made In A Branch/Store | | 1,145.11 | 11,027.46 |
| 12/20 | | M S Internationa 7146857500 B22353 2Pzifqq2Yrap71H Scott Laine | | 3,143.00 | 7,884.46 |
| 12/21 | | Etransfer IN Branch/Store - to Checking 105 E Highway 114 Roanoke TX 1079 | | 25.00 | 7,859.46 |
| 12/22 | | Purchase authorized on 12/20 Aramsco Interlink 856-686-7747 TX S382354555172523 Card 0907 | | 511.00 | |
| 12/22 | | Withdrawal Made In A Branch/Store | | 5,880.26 | 1,468.20 |
| 12/23 | | Purchase authorized on 12/21 Aramsco Interlink 856-686-7747 TX S382355498084350 Card 0907 | | 240.11 | |
| 12/23 | | Purchase authorized on 12/23 7-Eleven Denton TX P000000083669964 Card 0907 | | 45.62 | 1,182.47 |
| 12/28 | | Purchase authorized on 12/28 Love's #609 Denton TX P382362706797984 Card 0907 | | 73.07 | 1,109.40 |
| 12/29 | | WT Fed#06158 Jpmorgan Chase Ban /Org=Bk One-Natl Acc Main Wire Suspense Srf# 3259800363Jo Trn#221229068519 Rfb# Ats of 22/12/29 | 137,378.23 | | |
| 12/29 | | eDeposit IN Branch/Store 12/29/22 01:55:17 PM 2970 Horizon Rd Rockwall TX | 1,588.33 | | |
| 12/29 | | Wire Trans Svc Charge - Sequence: 221229068519 Srf# 3259800363Jo Trn#221229068519 Rfb# Ats of 22/12/29 | | 15.00 | |
| 12/29 | | Withdrawal Made In A Branch/Store | | 19,988.90 | |
| 12/29 | | Withdrawal Made In A Branch/Store | | 24,084.20 | 95,987.86 |
| Ending balance on 12/31 | | | | | 95,987.86 |
| Totals | | | $158,064.03 | $62,076.17 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

Fee period 12/13/2022 - 12/31/2022 — Standard monthly service fee $10.00 — You paid $0.00

We waived the fee this fee period to allow you to meet the requirements to avoid the monthly service fee. Your fee waiver is about to expire. You will need to meet one of the requirements to avoid the monthly service fee.

| How to avoid the monthly service fee | Minimum required | This fee period |
|---|---|---|
| Have any ONE of the following account requirements | | |
| • Average ledger balance | $1,000.00 | $18,986.00 ☑ |
| • Minimum daily balance | $500.00 | $1,109.40 ☑ |

Exibit C
p 3X3

Scanned with CamScanner



**WELLS FARGO**

## Transaction history

| Date | Check Number | Description | Deposits/Credits | Withdrawals/Debits | Ending daily balance |
|---|---|---|---|---|---|

*(Transaction detail illegible due to scan quality)*

Exibit C
p 1x3

Scanned with CamScanner



Transaction history(continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 12/12 | | Purchase authorized on 12/08 City of [illegible] [illegible] [illegible] Card 9558 | | [illegible] | 3,132.43 |
| 12/13 | | Deposit Made In A Branch/Store | 3,399.75 | | |
| 12/13 | | Transfer In Branch/Store - to [illegible] [illegible] [illegible] Highway 114 [illegible] TX | | 3,132.43 | 3,399.75 |
| 12/14 | | Withdrawal Made In A Branch/Store | | 3,399.75 | 0.00 |
| Ending balance on 12/31 | | | | | 0.00 |
| Totals | | | [illegible] | [illegible] | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

* *Business to Business ACH: If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

Summary of checks written(*checks listed are also displayed in the preceding Transaction history*)

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1003 | 12/2 | 596.11 | 1013 | 12/5 | 433.85 | 1020 | 12/5 | 2,344.00 |
| 1005 * | 12/5 | 52.04 | 1014 | 12/8 | 441.72 | 1021 | 12/5 | 654.00 |
| 1006 | 12/1 | 494.40 | 1015 | 12/5 | 788.16 | 1031 * | 12/9 | 600.85 |
| 1007 | 12/1 | 530.78 | 1016 | 12/5 | 755.00 | 1032 | 12/9 | 708.61 |
| 1009 * | 12/1 | 847.76 | 1017 | 12/5 | 768.00 | 2003 * | 12/1 | 500.00 |
| 1011 * | 12/2 | 729.20 | 1018 | 12/5 | 815.65 | 2008 * | 12/5 | 265.00 |
| 1012 | 12/2 | 450.00 | 1019 | 12/5 | 1,358.48 | | | |

* *Gap in check sequence.*

Items returned unpaid

| Date | Description | Amount |
|---|---|---|
| 12/7 | Check Reference # 00007495008528833389 | 1,096.11 |
| 12/8 | Check Reference # 00007229008684327018 | 441.72 |

This statement includes an account that has been closed and this is your final statement for that account. You will have 90 days to retrieve historical online documents for this account. Please refer to the Fee & Information Schedule for options to obtain statement copies after 90 days.

If the account that has been closed is the primary account on the statement that includes multiple accounts (a "combined statement"), this is also the final combined statement and you will also have 90 days to retrieve historical online documents for all accounts associated with this combined statement. Going forward, you will receive separate statements for any accounts that remain open.

Thank you for banking with Wells Fargo.

Exib:t C

# p. 2 & 3

Scanned with CamScanner



4110

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 12/13 | | Transfer IN Branch/Store - From Empire Countertops, LLC DDA xxxxxx7412 105 E Highway 114 Roanoke TX | 3,132.43 | | 3,132.43 |
| 12/14 | | Deposit Made In A Branch/Store | 3,399.75 | | 6,532.18 |
| 12/16 | | eDeposit IN Branch/Store 12/16/22 10:31:11 Am 105 E Highway 114 Roanoke TX | 5,652.30 | | |
| 12/16 | Payroll | Withdrawal Made In A Branch/Store Cashiers Checks | | 5,078.93 | 7,105.55 |
| 12/19 | | eDeposit IN Branch/Store 12/17/22 11:39:11 Am 112 N Catherine St Terrell TX | 3,177.94 | | |
| 12/19 | | Deposit | 3,735.05 | | |
| 12/19 | Payroll | Withdrawal Made In A Branch/Store Cashier Checks | | 1,845.97 | |
| 12/19 | Payroll | Withdrawal Made In A Branch/Store Cashier Checks | | 1,145.11 | 11,027.46 |
| 12/20 | Material | M S Internationa 7146857500 B22353 2Pzifqq2Yrap71H Scott Laine | | 3,143.00 | 7,884.46 |
| 12/21 | Fee | Etransfer IN Branch/Store - to Checking 105 E Highway 114 Roanoke TX 1079 | | 25.00 | 7,859.46 |
| 12/22 | Shop Supplies | Purchase authorized on 12/20 Aramsco Interlink 856-686-7747 TX S382354555172523 Card 0907 | | 511.00 | |
| 12/22 | Payroll | Withdrawal Made In A Branch/Store Cashier Checks | | 5,880.26 | 1,468.20 |
| 12/23 | Shop Supplies | Purchase authorized on 12/21 Aramsco Interlink 856-686-7747 TX S382355498084350 Card 0907 | | 240.11 | |
| 12/23 | Fuel | Purchase authorized on 12/23 7-Eleven Denton TX P000000083669964 Card 0907 | | 45.62 | 1,182.47 |
| 12/28 | Fuel | Purchase authorized on 12/28 Love's #609 Denton TX P382362706797984 Card 0907 | | 73.07 | 1,109.40 |
| 12/29 | | WT Fed#06158 Jpmorgan Chase Ban /Org=Bk One-Natl Acc Main Wire Suspense Srf# 3259800363Jo Trn#221229068519 Rfb# Ats of 22/12/29 | 137,378.23 | | |
| 12/29 | | eDeposit IN Branch/Store 12/29/22 01:55:17 PM 2970 Horizon Rd Rockwall TX | 1,588.33 | | |
| 12/29 | | Wire Trans Svc Charge - Sequence: 221229068519 Srf# 3259800363Jo Trn#221229068519 Rfb# Ats of 22/12/29 | | 15.00 | |
| 12/29 | Payroll | Withdrawal Made In A Branch/Store Cashier Checks | | 19,988.90 | |
| 12/29 | Payroll | Withdrawal Made In A Branch/Store Cashier Checks | | 24,084.20 | 95,987.86 |
| Ending balance on 12/31 | | | | | 95,987.86 |
| Totals | | | $158,064.03 | $62,076.17 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 12/13/2022 - 12/31/2022 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|

We waived the fee this fee period to allow you to meet the requirements to avoid the monthly service fee. Your fee waiver is about to expire. You will need to meet one of the requirements to avoid the monthly service fee.

| How to avoid the monthly service fee | Minimum required | This fee period |
|---|---|---|
| Have any ONE of the following account requirements | | |
| • Average ledger balance | $1,000.00 | $18,986.00 ☑ |
| • Minimum daily balance | $500.00 | $1,109.40 ☑ |

Exibit D

Scanned with CamScanner

**Exibit D**

425C Cash Disbursements Summary

| Date | 7412 Account | 4110 DIP Account | |
|---|---|---|---|
| 12-6 to 12-31 2022 | $ 8,576.75 | $ 62,076.00 | |
| | $ 326.62 | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | $ 8,903.37 | $ 62,076.00 | |
| Total | | | $ 70,979.37 |

Exibit D

Scanned with CamScanner



WELLS
FARGO

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 12/1 | | Deposit Made In A Branch/Store | 13,784.12 | | |
| 12/1 | | Wire Trans Svc Charge - Sequence: 221201156248 Srf# Ow00002735956597 Trn#221201156248 Rfb# Ow00002735956597 | | 30.00 | |
| 12/1 | | WT Fed#06781 Jpmorgan Chase Ban /Ftr/Bnf=Stone Capitol Group Inc Srf# Ow00002735956597 Trn#221201156248 Rfb# Ow00002735956597 | | 750.00 | |
| 12/1 | | Purchase authorized on 12/01 Qt 911 Outside Denton TX P582335856070361 Card 9558 | | 49.09 | |
| 12/1 | 1007 | Check | | 530.78 | |
| 12/1 | 1006 | Check | | 494.40 | |
| 12/1 | 1009 | Check | | 547.76 | |
| 12/1 | 2003 | Check | | 500.00 | 16,904.19 |
| 12/2 | | eDeposit IN Branch/Store 12/02/22 01:49:41 PM 2970 Horizon Rd Rockwall TX | 1,588.23 | | |
| 12/2 | | eDeposit IN Branch/Store 12/02/22 01:50:26 PM 2970 Horizon Rd Rockwall TX | 3,576.83 | | |
| 12/2 | | Purchase authorized on 12/01 Google Gsuite_Emp 650-2530000 CA S462335735348798 Card 9558 | | 569.16 | |
| 12/2 | | Purchase authorized on 12/01 Dickeys TX-157 Denton TX S382335862108451 Card 9558 | | 37.76 | |
| 12/2 | 1012 | Check | | 458.00 | |
| 12/2 | 1003 | Check | | 596.11 | |
| 12/2 | 1011 | Check | | 729.20 | 19,679.02 |
| 12/5 | | Wire Trans Svc Charge - Sequence: 221205139531 Srf# Ow00002748277597 Trn#221205139531 Rfb# Ow00002748277597 | | 30.00 | |
| 12/5 | 1019 | Cashed Check | | 1,358.48 | |
| 12/5 | | WT Seq139531 Theresa R Burnette /Bnf=Theresa Reavis Srf# Ow00002748277597 Trn#221205139531 Rfb# Ow00002748277597 | | 1,634.00 | |
| 12/5 | 1017 | Check | | 768.00 | |
| 12/5 | < | Business to Business ACH Debit - Norred Law, Pllc Echeck Dec 05 000000003721285 Empire Countertops LLC | | 5,000.00 | |
| 12/5 | 1005 | Check | | 52.04 | |
| 12/5 | 1013 | Check | | 433.45 | |
| 12/5 | 2008 | Check | | 265.00 | |
| 12/5 | 1015 | Check | | 748.16 | |
| 12/5 | 1016 | Check | | 755.00 | |
| 12/5 | 1018 | Check | | 815.65 | |
| 12/5 | 1020 | Check | | 2,344.00 | |
| 12/5 | 1021 | Check | | 656.00 | 4,819.24 |
| 12/6 | | Deposit Made In A Branch/Store | 6,716.56 | | |
| 12/6 | | Online Transfer From Mahoney R Everyday Checking xxxxxx9670 Ref #Ib0H47Myj2 on 12/06/22 | 500.00 | | |
| 12/6 | Utility | Recurring Payment authorized on 12/02 Wix.Com*1028213037 800-6000949 NY S462336673172113 Card 9558 | | 36.12 | |
| 12/6 | Utility | Recurring Payment authorized on 12/05 Intuit *Qbooks Onl Cl.Intuit.Com CA S382339431386391 Card 9558 | | 229.19 | |
| 12/6 | Law Fee | Norred Law, Pllc Echeck Dec 06 000000003730094 Empire Countertops LLC | | 5,000.00 | 6,770.49 |
| 12/8 | 1014 | Check Pay, Juan Hernandez | | 441.72 | 6,328.77 |
| 12/9 | 1031 | Check Pay Fran. Bernientez | | 600.85 | |
| 12/9 | 1032 | Check Pay Emir Escencio | | 708.61 | 5,019.31 |
| 12/12 | Utility | Purchase authorized on 12/08 Vzwrlss*My Vz Vb P 800-922-0204 FL S302342656795696 Card 9558 | | 1,255.63 | |
| 12/12 | Utility | Purchase authorized on 12/08 City of Pilot Poin 940-6862165 TX S582342683065581 Card 9558 | | 146.88 | |
| 12/12 | Material | Purchase authorized on 12/08 Aramsco Interlink 856-686-7747 TX S382342695317989 Card 9558 | | 157.75 | |

Pre-petition

Exhibit D

Scanned with CamScanner



Transaction history (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 12/12 | Utility | Purchase authorized on 12/08 City of Pilot Poin 940-6862165 TX S382342762528646 Card 9558 | | 326.62 | 3,132.43 |
| 12/13 | | Deposit Made In A Branch/Store | 3,399.75 | | |
| 12/13 | Transfer to Dip | Transfer IN Branch/Store - to Empire Countertops, LLC DDA xxxxxx4110 105 E Highway 114 Roanoke TX | | 3,132.43 | 3,399.75 |
| 12/14 | Transfer to Dip | Withdrawal Made In A Branch/Store | | 3,399.75 | 0.00 |
| Ending balance on 12/31 | | | | | 0.00 |
| Totals | | | $29,565.49 | $35,587.59 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< Business to Business ACH: *If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

Summary of checks written *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1003 | 12/2 | 596.11 | 1013 | 12/5 | 433.45 | 1020 | 12/5 | 2,344.00 |
| 1005 * | 12/5 | 52.04 | 1014 | 12/8 | 441.72 | 1021 | 12/5 | 656.00 |
| 1006 | 12/1 | 494.40 | 1015 | 12/5 | 748.16 | 1031 * | 12/9 | 600.85 |
| 1007 | 12/1 | 530.78 | 1016 | 12/5 | 755.00 | 1032 | 12/9 | 708.61 |
| 1009 * | 12/1 | 547.76 | 1017 | 12/5 | 768.00 | 2003 * | 12/1 | 500.00 |
| 1011 * | 12/2 | 729.20 | 1018 | 12/5 | 815.65 | 2008 * | 12/5 | 265.00 |
| 1012 | 12/2 | 458.00 | 1019 | 12/5 | 1,358.48 | | | |

* *Gap in check sequence.*

Items returned unpaid

| Date | Description | Amount |
|---|---|---|
| 12/7 | Check Reference # 00007495008528833389 | 1,096.11 |
| 12/8 | Check Reference # 00007229008684327018 | 441.72 |

This statement includes an account that has been closed and this is your final statement for that account. You will have 90 days to retrieve historical online documents for this account. Please refer to the Fee & Information Schedule for options to obtain statement copies after 90 days.

If the account that has been closed is the primary account on the statement that includes multiple accounts (a "combined statement"), this is also the final combined statement and you will also have 90 days to retrieve historical online documents for all accounts associated with this combined statement. Going forward, you will receive separate statements for any accounts that remain open.

Thank you for banking with Wells Fargo.

Exibit D

Scanned with CamScanner

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| CURTIS M. | MAHONEY | FIRST FINANCIAL | 93110007601 | 111301122 | | $3,023.06 | 6,450 2P |
| ROBIN | MAHONEY | FIRST FINANCIAL | 93110007601 | 111301122 | | $3,626.24 | |
| GARY L | PENNINGTON | AMERICAN NATIONAL BANK | 4800529525 | 111901519 | | $5,405.78 | |
| THERESA | REAVIS | WELLS FARGO | 7321725843 | 111900659 | | $9,097.84 | |
| SCOTT | LAINE | Chase | 8343988323 | 111000614 | | $6,530.88 | |

Pro-Rat Wages
Pay Period

Exibit D

Scanned with CamScanner

Scanned with CamScanner

CASHIER'S CHECK

0000343 Office AU # | 11-24 1210(8)

SERIAL #: 0034302541
ACCOUNT#: 4861-512853

Remitter: CURTIS MAHONEY
Purchaser: CURTIS MAHONEY
Purchaser Account: xxxxxx4110
Operator I.D.: tx098950 tx098950
Funding Source: Paper Item(s)

December 29, 2022

PAY TO THE ORDER OF ***CURTIS M MAHONEY***

**Six Thousand Four Hundred Fifty and 20/100 -US Dollars ** **$6,450.20**

CASHIER'S CHECK

0000343 Office AU # | 11-24 1210(8)

SERIAL #: 0034302542
ACCOUNT#: 4861-512853

Remitter: CURTIS MAHONEY
Purchaser: CURTIS MAHONEY
Purchaser Account: xxxxxx4110
Operator I.D.: tx098950 tx098950
Funding Source: Paper Item(s)

December 29, 2022

PAY TO THE ORDER OF ***GARY L PENNINGTON***

**Five Thousand Four Hundred Five and 28/100 -US Dollars ** **$5,405.28**

CASHIER'S CHECK

0000343 Office AU # | 11-24 1210(8)

SERIAL #: 0034302543
ACCOUNT#: 4861-512853

Remitter: CURTIS MAHONEY
Purchaser: CURTIS MAHONEY
Purchaser Account: xxxxxx4110
Operator I.D.: tx098950 tx098950
Funding Source: Paper Item(s)

December 29, 2022

PAY TO THE ORDER OF ***THERESA REAVIS***

**Five Thousand Six Hundred Ninety-Seven and 84/100 -US Dollars ** **$5,697.84**

Payee Address:
Memo:

CASHIER'S CHECK

0000343 Office AU # | 11-24 1210(8)

SERIAL #: 0034302544
ACCOUNT#: 4861-512853

Remitter: CURTIS MAHONEY
Purchaser: CURTIS MAHONEY
Purchaser Account: xxxxxx4110
Operator I.D.: tx098950 tx098950
Funding Source: Paper Item(s)

December 29, 2022

PAY TO THE ORDER OF ***SCOTT LAINE***

**Six Thousand Five Hundred Thirty and 88/100 -US Dollars ** **$6,530.88**

Payee Address:
Memo:

VOID IF OVER US $ 6,530.88

WELLS FARGO BANK, N.A.
101 S LOCUST ST
DENTON, TX 76201
FOR INQUIRIES CALL (480) 394-3122

NOTICE TO PURCHASER-IF THIS INSTRUMENT IS LOST, STOLEN OR DESTROYED, YOU MAY REQUEST CANCELLATION AND REISSUANCE. AS A CONDITION TO CANCELLATION AND REISSUANCE, WELLS FARGO & COMPANY MAY IMPOSE A FEE AND REQUIRE AN INDEMNITY AGREEMENT AND BOND.

NON-NEGOTIABLE

Purchaser Copy

FB004 (10/19) 10117252

Exib:t D

Scanned with CamScanner

Scanned with CamScanner

| EMIR | ASCENCIO | $1,600.37 |
| --- | --- | --- |
| MATTHEW | BAIRD | $2,192.22 |
| FRANCISCO A | BARRIENTOS | $1,079.86 |
| RIGOBERTO | BENAVIDES | $3,186.87 |
| ~~JAVIER BERLANGA~~ | ~~CAMPOS~~ | |
| JULIO | CHAVEZ | $1,076.30 |
| OSCAR | CHAVEZ | $1,313.58 |
| ALEJANDRO | RODRIGUEZ | $1,116.00 |
| PEDRO | VILLAREAL | $537.11 |
| Juan | Coyote | $3,489.75 |
| Ruben | Coyote | $4,296.84 |

19,996.00

12-29-2022

Cashier Checks

Pre Petition

Pay Periods

12-2-22

12-9-22

12-16-22

11-25-22

Exibit D

Scanned with CamScanner

Scanned with CamScanner

**CASHIER'S CHECK**

0076958 — Office AU # | 11-24 — 1210(8)

SERIAL #: 7695805737
ACCOUNT#: 4861-512820

Remitter: CURTIS MAHONEY
Purchaser: CURTIS MAHONEY
Purchaser Account: xxxxxx4110
Operator I.D.: u669698
Funding Source: Paper Item(s)

December 29, 2022

PAY TO THE ORDER OF ***PEDRO VILLAREAL***

**Five Hundred Thirty-Seven and 11/100 -US Dollars ** **$537.11**

NON-NEGOTIABLE

**CASHIER'S CHECK**

0076958 — Office AU # | 11-24 — 1210(8)

SERIAL #: 7695804106
ACCOUNT#: 4861-512846

Remitter: CURTIS MAHONEY
Purchaser: CURTIS MAHONEY
Purchaser Account: xxxxxx4110
Operator I.D.: u669698
Funding Source: Paper Item(s)

December 29, 2022

PAY TO THE ORDER OF ***MATTHEW BAIRD***

**Two Thousand One Hundred Ninety-Two and 22/100 -US Dollars ** **$2,192.22**

NON-NEGOTIABLE

**CASHIER'S CHECK**

0076958 — Office AU # | 11-24 — 1210(8)

SERIAL #: 7695808382
ACCOUNT#: 4861-512838

Remitter: CURTIS MAHONEY
Purchaser: CURTIS MAHONEY
Purchaser Account: xxxxxx4110
Operator I.D.: u669698
Funding Source: Paper Item(s)

December 29, 2022

PAY TO THE ORDER OF ***FRANCISCO A BARRIENTOS***

**One Thousand Seventy-Nine and 86/100 -US Dollars ** **$1,079.86**

Payee Address:
Memo:

NON-NEGOTIABLE

**CASHIER'S CHECK**

0076958 — Office AU # | 11-24 — 1210(8)

SERIAL #: 7695804501
ACCOUNT#: 4861-512853

Remitter: CURTIS MAHONEY
Purchaser: CURTIS MAHONEY
Purchaser Account: xxxxxx4110
Operator I.D.: u669698
Funding Source: Paper Item(s)

December 29, 2022

PAY TO THE ORDER OF ***RIGOBERTO BENAVIDES***

**Three Thousand One Hundred Eighty-Six and 87/100 -US Dollars ** **$3,186.87**

NON-NEGOTIABLE

**CASHIER'S CHECK**

0076958 — Office AU # | 11-24 — 1210(8)

SERIAL #: 7695804105
ACCOUNT#: 4861-512846

Remitter: CURTIS MAHONEY
Purchaser: CURTIS MAHONEY
Purchaser Account: xxxxxx4110
Operator I.D.: u669698
Funding Source: Paper Item(s)

December 29, 2022

PAY TO THE ORDER OF ***EMIR ASCENCIO***

**One Thousand Six Hundred and 37/100 -US Dollars ** **$1,600.37**

NON-NEGOTIABLE

Payee Address:
Memo:

VOID IF OVER US $ 1,600.37

WELLS FARGO BANK, N.A.
1727 S LOOP 288
DENTON, TX 76205
FOR INQUIRIES CALL (480) 394-3122

NOTICE TO PURCHASER-IF THIS INSTRUMENT IS LOST, STOLEN OR DESTROYED, YOU MAY REQUEST CANCELLATION AND REISSUANCE. AS A CONDITION TO CANCELLATION AND REISSUANCE, WELLS FARGO & COMPANY MAY IMPOSE A FEE AND REQUIRE AN INDEMNITY AGREEMENT AND BOND.

NON-NEGOTIABLE

**Purchaser Copy**

Exibit D

FB004 (10/19) 10005899

Scanned with CamScanner

Scanned with CamScanner

0076958 | 11-24
Office AU # | 1210(8)

## CASHIER'S CHECK

SERIAL #: 7695808383
ACCOUNT#: 4861-512838

Remitter: CURTIS MAHONEY
Purchaser: CURTIS MAHONEY
Purchaser Account: xxxxxx4110
Operator I.D.: u669698
Funding Source: Paper Item(s)

December 29, 2022

PAY TO THE ORDER OF ***JULIO CHAVEZ***

**One Thousand Seventy-Six and 30/100 -US Dollars ** **$1,076.30**

Payee Address:
Memo:

VOID IF OVER US $ 1,076.30

WELLS FARGO BANK, N.A.

NOTICE TO PURCHASER-IF THIS INSTRUMENT IS LOST,

0076958 | 11-24
Office AU # | 1210(8)

## CASHIER'S CHECK

SERIAL #: 7695808384
ACCOUNT#: 4861-512838

Remitter: CURTIS MAHONEY
Purchaser: CURTIS MAHONEY
Purchaser Account: xxxxxx4110
Operator I.D.: u669698
Funding Source: Paper Item(s)

December 29, 2022

PAY TO THE ORDER OF ***OSCAR CHAVEZ***

**One Thousand Three Hundred Thirteen and 58/100 -US Dollars ** **$1,313.58**

Payee Address:

0076958 | 11-24
Office AU # | 1210(8)

## CASHIER'S CHECK

SERIAL #: 7695808385
ACCOUNT#: 4861-512838

Remitter: CURTIS MAHONEY
Purchaser: CURTIS MAHONEY
Purchaser Account: xxxxxx4110
Operator I.D.: u669698
Funding Source: Paper Item(s)

December 29, 2022

PAY TO THE ORDER OF ***ALEJANDRO RODRIGUEZ***

**One Thousand One Hundred Sixteen and 00/100 -US Dollars ** **$1,116.00**

0076958 | 11-24
Office AU # | 1210(8)

## CASHIER'S CHECK

SERIAL #: 7695804503
ACCOUNT#: 4861-512853

Remitter: CURTIS MAHONEY
Purchaser: CURTIS MAHONEY
Purchaser Account: xxxxxx4110
Operator I.D.: u669698
Funding Source: Paper Item(s)

December 29, 2022

PAY TO THE ORDER OF ***RUBEN COYOTE***

**Four Thousand Two Hundred Ninety-Six and 84/100 -US Dollars ** **$4,296.84**

Payee Address:

0076958 | 11-24
Office AU # | 1210(8)

## CASHIER'S CHECK

SERIAL #: 7695804502
ACCOUNT#: 4861-512853

Remitter: CURTIS MAHONEY
Purchaser: CURTIS MAHONEY
Purchaser Account: xxxxxx4110
Operator I.D.: u669698
Funding Source: Paper Item(s)

December 29, 2022

PAY TO THE ORDER OF ***JUAN COYOTE***

**Three Thousand Four Hundred Eighty-Nine and 75/100 -US Dollars ** **$3,489.75**

Payee Address:
Memo:

VOID IF OVER US $ 3,489.75

WELLS FARGO BANK, N.A.
1727 S LOOP 288
DENTON, TX 76205
FOR INQUIRIES CALL (480) 394-3122

NOTICE TO PURCHASER-IF THIS INSTRUMENT IS LOST, STOLEN OR DESTROYED, YOU MAY REQUEST CANCELLATION AND REISSUANCE. AS A CONDITION TO CANCELLATION AND REISSUANCE, WELLS FARGO & COMPANY MAY IMPOSE A FEE AND REQUIRE AN INDEMNITY AGREEMENT AND BOND.

NON-NEGOTIABLE

Purchaser Copy

Exibit D

Scanned with CamScanner

Scanned with CamScanner

12/23/2022

| | Hours | ~~Re-imbursement~~ Net pay | Gross Pay | Reg | Bonus | With Burden |
|---|---|---|---|---|---|---|
| Mitch Mahoney | 40.00 | | $2,400.00 | | | $2,880.00 |
| Robin Mahoney | 40.00 | | $800.00 | | | $960.00 |
| Matt Baird | 40.00 | 1096.11 | $1,634.52 | | | $1,961.42 |
| Scott Laine | 40.00 | | $1,923.08 | | | $2,307.70 |
| Theresa Reavis | 40.00 | | $1,634.52 | | | $1,961.42 |
| Gary Pennington | 40.00 | | $1,634.00 | | | $1,960.80 |
| Emir Escencio | 40.00 | 871.17 | $1,000.00 | $1,000.00 | | $1,200.00 |
| | | | | | | $0.00 |
| ~~Javier Berlenga~~ | 0.00 | | | $0.00 | | |
| pedro Villareal | 39.00 | 538.86 | $624.00 | $624.00 | | $748.80 |
| ~~Juan P hernandez~~ | 0.00 | | | $0.00 | | |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| ✓ Julio Chavez | 41.00 | 928.90 | $1,148.56 | $656.00 | $492.56 | $1,378.27 |
| Alejandro Rodriquez | 41.00 | 965.29 | $1,148.56 | $656.00 | $492.56 | $1,378.27 |
| ✓ Francesco Barrientez | 41.00 | 546.95 | $664.52 | $656.00 | $8.52 | $797.42 |
| | 0.00 | | | | | $0.00 |
| ~~Florentino Arreguin~~ | | | $0.00 | | $0.00 | $0.00 |
| ✓ Oscar Chavez | 28.00 | 862.98 | $1,080.71 | $560.00 | $520.71 | $1,296.85 |
| | | 5,810.26 | | | | |
| | | | | | | |
| Jorge Villegas | | | $0.00 | | | |
| Rigoberto Benevides | | | | | | |
| Ruben Coyote | | | | | | |
| Juan P Coyote | | | | | | |

871.17

Exibit D

Scanned with CamScanner

Scanned with CamScanner

| Transaction date | Transaction type | Transaction number | Vendor name | Due date | Amount |
|---|---|---|---|---|---|
| 12/02/2022 | Expense | -- | Google | -- | $569.16 |
| 12/06/2022 | Expense | -- | QuickBooks Payments | -- | $229.19 |
| 12/07/2022 | Bill | -- | Irma Juarez | -- | $250.00 |
| 12/08/2022 | Expense | -- | City of Pilot Point | -- | $326.62 |
| 12/08/2022 | Expense | -- | City of Pilot Point | -- | $146.88 |
| 12/08/2022 | Expense | 9921802375 | Verizon | -- | $1,255.63 |
| 12/09/2022 | Payroll Check | 4638 | -- | -- | $1,923.08 |
| 12/09/2022 | Payroll Check | 4638 | -- | -- | $147.12 |
| 12/09/2022 | Payroll Check | 4640 | -- | -- | $800.00 |
| 12/09/2022 | Payroll Check | 4640 | -- | -- | $61.20 |
| 12/09/2022 | Payroll Check | 4639 | -- | -- | $300.00 |
| 12/09/2022 | Payroll Check | 4639 | -- | -- | $22.95 |
| 12/09/2022 | Payroll Check | 4636 | -- | -- | $800.00 |
| 12/09/2022 | Payroll Check | 4636 | -- | -- | $59.29 |
| 12/09/2022 | Payroll Check | 4634 | -- | -- | $640.00 |
| 12/09/2022 | Payroll Check | 4634 | -- | -- | $48.96 |
| 12/09/2022 | Payroll Check | 4643 | -- | -- | $640.00 |
| 12/09/2022 | Payroll Check | 4643 | -- | -- | $48.96 |
| 12/09/2022 | Payroll Check | 4635 | -- | -- | $1,923.08 |
| 12/09/2022 | Payroll Check | 4635 | -- | -- | $147.13 |
| 12/09/2022 | Payroll Check | 4633 | -- | -- | $300.00 |
| 12/09/2022 | Payroll Check | 4633 | -- | -- | $22.95 |
| 12/09/2022 | Payroll Check | 4645 | -- | -- | $825.00 |
| 12/09/2022 | Payroll Check | 4645 | -- | -- | $63.11 |
| 12/09/2022 | Payroll Check | 4637 | -- | -- | $2,400.00 |
| 12/09/2022 | Payroll Check | 4637 | -- | -- | $183.60 |
| 12/09/2022 | Payroll Check | 4641 | -- | -- | $640.00 |
| 12/09/2022 | Payroll Check | 4641 | -- | -- | $48.96 |
| 12/09/2022 | Payroll Check | 4644 | -- | -- | $1,634.62 |
| 12/09/2022 | Payroll Check | 4644 | -- | -- | $125.05 |
| 12/09/2022 | Payroll Check | 4642 | -- | -- | $300.00 |
| 12/09/2022 | Payroll Check | 4642 | -- | -- | $22.95 |
| 12/09/2022 | Payroll Check | 4623 | -- | -- | $1,000.00 |
| 12/09/2022 | Payroll Check | 4623 | -- | -- | $76.50 |
| 12/09/2022 | Payroll Check | 4627 | -- | -- | $800.00 |
| 12/09/2022 | Payroll Check | 4627 | -- | -- | $61.20 |
| 12/09/2022 | Payroll Check | 4632 | -- | -- | $640.00 |
| 12/09/2022 | Payroll Check | 4632 | -- | -- | $48.96 |
| 12/09/2022 | Payroll Check | 4624 | -- | -- | $1,634.62 |
| 12/09/2022 | Payroll Check | 4624 | -- | -- | $125.05 |
| 12/09/2022 | Payroll Check | 4626 | -- | -- | $640.00 |
| 12/09/2022 | Payroll Check | 4626 | -- | -- | $48.96 |
| 12/09/2022 | Payroll Check | 4630 | -- | -- | $800.00 |
| 12/09/2022 | Payroll Check | 4630 | -- | -- | $59.29 |
| 12/09/2022 | Payroll Check | 4625 | -- | -- | $640.00 |
| 12/09/2022 | Payroll Check | 4625 | -- | -- | $48.96 |
| 12/09/2022 | Payroll Check | 4628 | -- | -- | $1,923.08 |
| 12/09/2022 | Payroll Check | 4628 | -- | -- | $147.11 |
| 12/09/2022 | Payroll Check | 4631 | -- | -- | $1,923.08 |
| 12/09/2022 | Payroll Check | 4631 | -- | -- | $147.11 |
| 12/09/2022 | Payroll Check | -- | -- | -- | $800.00 |
| 12/09/2022 | Payroll Check | -- | -- | -- | $59.29 |
| 12/09/2022 | Payroll Check | -- | -- | -- | $1,634.62 |
| 12/09/2022 | Payroll Check | -- | -- | -- | $125.05 |
| 12/09/2022 | Payroll Check | -- | -- | -- | $1,923.08 |

Exibit D

Scanned with CamScanner

| | | | | | |
|---|---|---|---|---|---|
| 12/09/2022 | Payroll Check | -- | -- | -- | $147.13 |
| 12/09/2022 | Payroll Check | -- | -- | -- | $713.99 |
| 12/09/2022 | Payroll Check | -- | -- | -- | $54.63 |
| 12/09/2022 | Payroll Check | -- | -- | -- | $713.99 |
| 12/09/2022 | Payroll Check | -- | -- | -- | $54.63 |
| 12/09/2022 | Payroll Check | -- | -- | -- | $728.00 |
| 12/09/2022 | Payroll Check | -- | -- | -- | $55.69 |
| 12/09/2022 | Payroll Check | -- | -- | -- | $713.99 |
| 12/09/2022 | Payroll Check | -- | -- | -- | $54.63 |
| 12/09/2022 | Payroll Check | -- | -- | -- | $800.00 |
| 12/09/2022 | Payroll Check | -- | -- | -- | $61.20 |
| 12/09/2022 | Payroll Check | -- | -- | -- | $832.02 |
| 12/09/2022 | Payroll Check | -- | -- | -- | $63.65 |
| 12/09/2022 | Payroll Check | -- | -- | -- | $328.68 |
| 12/09/2022 | Payroll Check | -- | -- | -- | $25.15 |
| 12/09/2022 | Payroll Check | -- | -- | -- | $832.02 |
| 12/09/2022 | Payroll Check | -- | -- | -- | $63.65 |
| 12/14/2022 | Bill | -- | Irma Juarez | -- | $250.00 |
| 12/20/2022 | Expense | 17579929 | M S International, Inc | -- | $3,143.00 |
| 12/21/2022 | Bill | -- | Irma Juarez | -- | $250.00 |
| 12/22/2022 | Expense | -- | Aramsco | -- | $511.00 |
| 12/23/2022 | Expense | -- | Aramsco | -- | $240.11 |
| 12/23/2022 | Expense | -- | 7-Eleven | -- | $45.62 |
| 12/28/2022 | Bill | -- | Irma Juarez | -- | $250.00 |
| 12/28/2022 | Expense | -- | Love's Travel Stop | -- | $73.07 |
| 12/31/2022 | Payroll Check | 5089 | -- | -- | $1,634.62 |
| 12/31/2022 | Payroll Check | 5089 | -- | -- | $125.05 |
| 12/31/2022 | Payroll Check | 5091 | -- | -- | $876.70 |
| 12/31/2022 | Payroll Check | 5091 | -- | -- | $67.07 |
| 12/31/2022 | Payroll Check | 5090 | -- | -- | $640.00 |
| 12/31/2022 | Payroll Check | 5090 | -- | -- | $48.96 |
| 12/31/2022 | Payroll Check | 5093 | -- | -- | $876.70 |
| 12/31/2022 | Payroll Check | 5093 | -- | -- | $67.07 |
| 12/31/2022 | Payroll Check | 5088 | -- | -- | $1,000.00 |
| 12/31/2022 | Payroll Check | 5088 | -- | -- | $76.50 |
| 12/31/2022 | Payroll Check | 5092 | -- | -- | $989.92 |
| 12/31/2022 | Payroll Check | 5092 | -- | -- | $75.74 |
| 12/31/2022 | Payroll Check | -- | -- | -- | $1,923.08 |
| 12/31/2022 | Payroll Check | -- | -- | -- | $147.11 |
| 12/31/2022 | Payroll Check | -- | -- | -- | $2,400.00 |
| 12/31/2022 | Payroll Check | -- | -- | -- | $183.60 |
| 12/31/2022 | Payroll Check | -- | -- | -- | $800.00 |
| 12/31/2022 | Payroll Check | -- | -- | -- | $59.28 |
| 12/31/2022 | Payroll Check | -- | -- | -- | $1,634.62 |
| 12/31/2022 | Payroll Check | -- | -- | -- | $239.63 |

Exibit D

Scanned with CamScanner

| | | | |
|---|---|---|---|
| 12/29/2022 | -24084.2 | * | WITHDRAWAL MADE IN A BRANCH/STORE |
| 12/29/2022 | -19988.9 | * | WITHDRAWAL MADE IN A BRANCH/STORE |
| 12/29/2022 | -15 | * | WIRE TRANS SVC CHARGE - SEQUENCE: 221229068519 SRF# 3259800363JO TRN#221229068519 RFB# ATS OF 22/12/29 |
| 12/29/2022 | 1588.33 | * | eDeposit in Branch/Store 12/29/22 01:55:17 PM 2970 HORIZON RD ROCKWALL TX |
| 12/29/2022 | 137378.2 | * | WT FED#06158 JPMORGAN CHASE BAN /ORG=BK ONE-NATL ACC MAIN WIRE SUSPENSE SRF# 3259800363JO TRN#221229068519 RFB# ATS OF 22/12/29 |
| 12/28/2022 | -73.07 | * | PURCHASE AUTHORIZED ON 12/28 LOVE'S #609 DENTON TX P382362706797984 CARD 0907 |
| 12/23/2022 | -45.62 | * | PURCHASE AUTHORIZED ON 12/23 7-ELEVEN Denton TX P000000083669964 CARD 0907 |
| 12/23/2022 | -240.11 | * | PURCHASE AUTHORIZED ON 12/21 ARAMSCO INTERLINK 856-686-7747 TX S382355498084350 CARD 0907 |
| 12/22/2022 | -5880.26 | * | WITHDRAWAL MADE IN A BRANCH/STORE |
| 12/22/2022 | -511 | * | PURCHASE AUTHORIZED ON 12/20 ARAMSCO INTERLINK 856-686-7747 TX S382354555172523 CARD 0907 |
| 12/21/2022 | -25 | * | eTransfer in Branch/Store - To checking 105 E HIGHWAY 114 ROANOKE TX 1079 |
| 12/20/2022 | -3143 | * | M S INTERNATIONA 7146857500 B22353 2PZIFQQ2YRAP71H SCOTT LAINE |
| 12/19/2022 | -1145.11 | * | WITHDRAWAL MADE IN A BRANCH/STORE |
| 12/19/2022 | -1845.97 | * | WITHDRAWAL MADE IN A BRANCH/STORE |
| 12/19/2022 | 3735.05 | * | DEPOSIT |
| 12/19/2022 | 3177.94 | * | eDeposit in Branch/Store 12/17/22 11:39:11 AM 112 N CATHERINE ST TERRELL TX |
| 12/16/2022 | -5078.93 | * | WITHDRAWAL MADE IN A BRANCH/STORE |
| 12/16/2022 | 5652.3 | * | eDeposit in Branch/Store 12/16/22 10:31:11 AM 105 E HIGHWAY 114 ROANOKE TX |
| 12/14/2022 | 3399.75 | * | DEPOSIT MADE IN A BRANCH/STORE #187424258 |
| 12/13/2022 | 3132.43 | * | Transfer in Branch/Store - From EMPIRE COUNTERTOPS, LLC DDA XXXXXX7412 105 E HIGHWAY 114 ROANOKE TX |

Exibit D

Scanned with CamScanner

**Exibit E**

425C

**Unpaid Bills 12-2022**

| Date | Type | Amount |
|---|---|---|
| 12-9 thru 12-31 2022 | Q4 Payroll Filing | $ 16,483.11 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | $ - | $ 16,483.11 |
| Total | | |

Scanned with CamScanner

# Empire Countertops, LLC.
## A/R Aging Summary
### As of January 20, 2023

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | 91 and over | Total |
|---|---|---|---|---|---|---|
| 8 Pillar Homes | | | | | 6,273.15 | 6,273.15 |
| Bounds Paint Co,Inc | 1,532.50 | 1,968.12 | | | | 3,500.62 |
| Buffington Homes | | | | | 234.79 | 234.79 |
| Damuth Homes | | | | | 7,498.40 | 7,498.40 |
| Feucht Custom Homes | | 15,334.50 | | | | 15,334.50 |
| Gladstone Investment Group | | 3,438.52 | | | 33,370.95 | 36,809.47 |
| Legacy Stone | 11,614.26 | 4,160.76 | -62.91 | 3,526.90 | 2,009.59 | 21,248.60 |
| Links Construction: Burnett Lofts | | | 21,214.92 | | 27,452.14 | 48,667.06 |
| Links Construction: Core Gateway | | | | | 51,233.68 | 51,233.68 |
| Links Construction: The Riley | | 1,643.62 | 3,775.26 | 3,387.29 | 5,360.57 | 14,166.74 |
| PIN | | 11,746.56 | 3,621.59 | | | 15,368.15 |
| Retail - DFW 933 Belknap /Crombie Laundry Ctop | | | | | 1,532.03 | 1,532.03 |
| Rutledge Wood Products | 17,551.50 | | | 3,866.85 | 2,112.46 | 23,530.81 |
| SAKS Remodeling - Steve Counts | | | | | 2,596.70 | 2,596.70 |
| Sears | | | | | 15,135.07 | 15,135.07 |
| Taurus Commercial, Inc. - OLD DO NOT USE | | | | | 3,144.00 | 3,144.00 |
| Tim Beaty Builders | 1,803.74 | 1,916.52 | 12,785.05 | | | 16,505.31 |
| Weston Dean | | | | | 24,322.80 | 24,322.80 |
| Wyndam Homes | 8,406.14 | | | 4,802.20 | | 13,208.34 |
| Y4 Custom Homes | | | | | 2,298.00 | 2,298.00 |
| TOTAL | $ 40,908.14 | $ 40,208.60 | $ 41,333.91 | $ 15,583.24 | $ 184,574.33 | $ 322,608.22 |

| Current (0-90) | 91 and over |
|---|---|
| $ 138,033.89 | $ 184,574.33 |

Monday, Jan 23, 2023 12:53:05 PM GMT-8

Exibit F

Scanned with CamScanner