# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| IN RE:<br>EMPIRE COUNTERTOPS LLC | CASE NO: 22-41686<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 11<br>ECF Docket Reference No. 86 |

On 3/14/2023, I did cause a copy of the following documents, described below,

Debtor's Notice and Motion to Convert Case from Chapter 11 to Chapter 7 ECF Docket Reference No. 86

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 3/14/2023

/s/ Clayton L. Everett
Clayton L. Everett  24065212

Norred Law, PLLC
515 E. Border Street
Arlington, TX  76010
817 704 3984
angela@norredlaw.com

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| IN RE:<br><br>EMPIRE COUNTERTOPS LLC | CASE NO: 22-41686<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 11<br>ECF Docket Reference No. 86 |

On 3/14/2023, a copy of the following documents, described below,

Debtor's Notice and Motion to Convert Case from Chapter 11 to Chapter 7 ECF Docket Reference No. 86

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 3/14/2023

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Clayton L. Everett
Norred Law, PLLC
515 E. Border Street
Arlington, TX  76010

USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were not served via First Class USPS Mail Service.
CASE INFO
 LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 22-41686
EASTERN DISTRICT OF TEXAS
TUE MAR 14 7-7-59 PST 2023

340 BROADWAY HOLDING LLC
1560 SAW GRASS CORP PKWY 474
FORT LAUDERDALE  FL 33323-2875

BLUE RIVER ADVISORS
3839 BEE CAVES RD
AUSTIN  TX 78746-6401

CC NORTH AMERICAN  INC DBA COSENTINO NOR
2245 TEXAS DRIVE  SUITE 600
SUGAR LAND  TX 77479-2190

CAESARSTONE
CO BARNETT  GARCIA
3821 JUNIPER TRACE 108
AUSTIN  TX 78738-5514

CAMBRIA USA
805 ENTERPRISE DR EAST G
BELLE PLAINE  MN 56011-2337

(P)CLOUDFUND LLC
400 RELLA BOULEVARD SUITE 165101
SUFFERN NY 10901-4241

DENTON COUNTY TAX ASSESSOR COLLECTOR
1505 E MCKINNEY STREET
DENTON  TX 76209-4525

DOMINUS MAXIMUS
CO DROUGHT  DROUGHT   BOBBITT LLP
2632 BROADWAY 401-
SAN ANTONIO  TX 78215-1143

EAGLE EYE ADVANCE LLC
254 36TH STREET C303
BROOKLYN  NY 11232-2408

DEBTOR
EMPIRE COUNTERTOPS  LLC
1137 ENTERPRISE DR
PILOT POINT  TX 76258-4600

EVEREST STONE
15565 WRIGHT BROTHERS DRIVE
ADDISON  TX 75001-4274

FABRICATORS STONE GROUP LLC
2122 N CHURCH STREET
MCKINNEY  TX 75069-1818

FORD MOTOR CREDIT COMPANY LLC
CO STEPHEN WILCOX
PO BOX 201849
ARLINGTON  TX 76006-1849

HILLTOP STONES INC DALLAS
ATTN CHETAN SURTI
12401 N STEMMONS FRWY 140
DALLAS  TX 75234-5823

KLZ DIAMOND TOOLS  INC
CO T CRAIG SHEILS
1701 N COLLINS BLVD  SUITE 1100
RICHARDSON  TX 75080-3586

KLZ STONE SUPPLY INC
ATTN NIR KAMISA
11129 ZODIAC LANE 300
DALLAS  TX 75229-4872

KLZ STONE SUPPLY  INC
CO T CRAIG SHEILS
1701 N COLLINS BLVD  SUITE 1100
RICHARDSON  TX 75080-3586

LCF GROUP  LLC
3000 MARCUS AVE  STE 2W15
NEW HYDE PARK  NY 11042-1005

LAST CHANCE FUNDING  INC
3000 MARCUS AVE 2W15
NEW HYDE PARK  NY 11042-1005

LEWISVILLE ISD
LINEBARGER GOGGAN BLAIR  SAMPSON  LLP
CO JOHN K TURNER
2777 N STEMMONS FWY  STE 1000
DALLAS  TX 75207-2328

MERCHANT ADVANCE  LLC
1621 CENTRAL AVENUE
CHEYENNE  WY 82001-4531

NEWTEK FINANCE
CO PATRICK APPLETON
4800 T-REX AVENUE 110
BOCA RATON  FL 33431-4479

NEWTEK SMALL BUSINESS FINANCE  LLC
1981 MARCUS AVE  SUITE 130
LAKE SUCCESS  NY 11042-1046

ORIGIN BANK
CO ANNAMARIE CHIARELLO
500 WINSTEAD BUILDING
2728 N HARWOOD STREET
DALLAS  TX 75201-1516

RUBICON
CO THE HETTENA LAW FIRM  LC
31348 VIA COLINAS 106
WESTLAKE VILLAGE  CA 91362-6803

SOCI LP
718 SOUTH GREENVILLE AVE
STE 190
ALLEN  TX 75002-3367

USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| SILESTONE<br>355 ALHAMBRA CIRCLE STE 1000<br>MIAMI FL 33134-5006 | (P)STONE CAPITOL GROUP INC<br>ATTN MR HETAL PATEL<br>3930 GLADE ROAD SUITE 108-272<br>COLLEYVILLE TX 76034-5931 | TOYOTA INDUSTRIES COMMERCIAL FINANCE INC<br>CO SCOTT FINK<br>WELTMAN WEINBERG ET AL<br>965 KEYNOTE CIRCLE<br>BROOKLYN HEIGHTS OH 44131-1829 |
| TEXAS COMPTROLLER OF PUBLIC ACCOUNTS REVENU<br>CHRISTOPHER J DYLLA<br>PO BOX 12548<br>AUSTIN TX 78711-2548 | THE COUNTY OF COMAL TEXAS<br>CO MCCREARY VESELKA BRAGG ALLEN<br>PO BOX 1269<br>ROUND ROCK TX 78680-1269 | TRAVIS COUNTY<br>CO JASON A STARKS<br>PO BOX 1748<br>AUSTIN TX 78767-1748 |
| TRITON STONE<br>12121 N STEMMONS FRWY STE 170<br>DALLAS TX 75234-5842 | TRITON STONE GROUP NEW ORLEANS LLC<br>CO SCOTT R CHEATHAM<br>701 POYDRAS ST SUITE 4500<br>NEW ORLEANS LA 70139-7755 | ~~EXCLUDE~~<br>~~PLANO U S BANKRUPTCY COURT~~<br>~~SUITE 300B~~<br>~~660 NORTH CENTRAL EXPRESSWAY~~<br>~~PLANO TX 75074-6795~~ |
| ~~EXCLUDE~~<br>~~(D)340 BROADWAY HOLDING LLC~~<br>~~1560 SAW GRASS CORP PKWY 474~~<br>~~FORT LAUDERDALE FL 33323-2875~~ | AIR POWER SALES SERVICE<br>823 W MARSHALL AVE<br>LONGVIEW TX 75601-6237 | ALLIANZKIVAGMI STONE<br>CO EULER HERMES JOSHUA REDFORD<br>800 RED BROOK BLVD 400C<br>OWINGS MILLS MD 21117-5173 |
| ALLIANZSTRATUS SURFACES<br>CO EULER HERMES JOSHUA REDFORD<br>800 RED BROOK BLVD 400C<br>OWINGS MILLS MD 21117-5173 | ATTORNEY GENERAL<br>TEXAS ATTORNEY GENERALS OFC<br>BANKRUPTCY-COLLECTION DIV<br>PO BOX 12548<br>AUSTIN TX 78711-2548 | ATTORNEY GENERAL OF THE UNITED STATES<br>OFFICE OF THE ATTORNEY GENERAL<br>MAIN JUSTICE BUILDING ROOM 5111<br>10TH CONSTITUTION AVENUE NW<br>WASHINGTON DC 20530-0001 |
| BTH BANK<br>CO MICHAEL SLESINGER<br>5001 EL CAMPO AVENUE<br>FORT WORTH TX 76107-4876 | BLACK FOREST VENTURES LLC<br>CO WINSTEAD PC<br>ATTN ANNMARIE CHIARELLO<br>500 WINSTEAD BUILDING<br>2728 N HARWOOD STREET<br>DALLAS TEXAS 75201-1516 | ~~EXCLUDE~~<br>~~(D)BLUE RIVER ADVISORS~~<br>~~3839 BEE CAVES RD~~<br>~~AUSTIN TX 78746-6401~~ |
| ~~EXCLUDE~~<br>~~(D)CAESARSTONE~~<br>~~CO BARNETT GARCIA~~<br>~~3821 JUNIPER TRACE 108~~<br>~~AUSTIN TX 78738-5514~~ | CAESARSTONE<br>CO CONTINENTAL COMMERCIAL GROUP<br>1111 N BRAND BLVD STE 401<br>GLENDALE CA 91202-3071 | ~~EXCLUDE~~<br>~~(D)CAMBRIA USA~~<br>~~805 ENTERPRISE DR EAST G~~<br>~~BELLE PLAINE MN 56011-2337~~ |
| CAPITAL ONE NA<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY OK 73118-7901 | CELLCO PARTNERSHIP DBA VERIZON WIRELESS<br>WILLIAM M VERMETTE<br>22001 LOUDOUN COUNTY PKWY<br>ASHBURN VA 20147-6122 | CENTRE TECHNOLOGIES<br>100 N US 75CENTRAL EXPY 1000 200<br>RICHARDSON TX 75080 |
| ~~EXCLUDE~~<br>~~(D)(P)CLOUDFUND LLC~~<br>~~400 RELLA BOULEVARD SUITE 165101~~<br>~~SUFFERN NY 10901-4241~~ | COMDATA INC<br>CO PHILIP D COLLINS ASSOCIATES PC<br>9330 LBJ FREEWAY SUITE 810<br>DALLAS TX 75243-4338 | (P)TEXAS COMPTROLLER OF PUBLIC ACCOUNT<br>REVENUE ACCOUNTING DIV BANKRUPTCY SECTION<br>PO BOX 13528<br>AUSTIN TX 78711-3528 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| DAVID FOGEL PC<br>DAVID FOGEL ESQ<br>1225 FRANKLIN AVENUE 522<br>GARDEN CITY NY 11530-1753 | ~~EXCLUDE~~<br>~~(D)DENTON COUNTY TAX ASSESSORCOLLECTOR~~<br>~~1505 E MCKINNEY STREET~~<br>~~DENTON TX 76209-4525~~ | ~~EXCLUDE~~<br>~~(D)DOMINUS MAXIMUS~~<br>~~CO DROUGHT DROUGHT BOBBITT LLP~~<br>~~2632 BROADWAY 401~~<br>~~SAN ANTONIO TX 78215-1143~~ |
| DROUGHT DROUGHT BOBBITT LLP<br>ATTN MATT BADDERS<br>2632 BROADWAY 401-S<br>SAN ANTONIO TX 78215-1143 | ~~EXCLUDE~~<br>~~(D)EAGLE EYE ADVANCE LLC~~<br>~~254 36TH STREET C303~~<br>~~BROOKLYN NY 11232-2408~~ | EAGLE EYE ADVANCE LLC<br>CO JEREMY S WILLIAMS ESQ<br>KUTAK ROCK LLP<br>901 E BYRD ST STE 1000<br>RICHMOND VA 23219-4071 |
| ERICA GILERMAN ESQ<br>GILERMAN LAW PC<br>515 MADISON AVE 8108<br>NEW YORK NY 10022-5403 | ~~EXCLUDE~~<br>~~(D)EVEREST STONE~~<br>~~15565 WRIGHT BROTHERS DRIVE~~<br>~~ADDISON TX 75001-4274~~ | ~~EXCLUDE~~<br>~~(D)FABRICATORS STONE GROUP LLC~~<br>~~2122 N CHURCH STREET~~<br>~~MCKINNEY TX 75069-1818~~ |
| FASTENAL COMPANY<br>ATTN LEGAL<br>2001 THEURER BLVD<br>WINONA MN 55987-9902 | FERRELLGAS<br>ONE LIBERTY PLAZA MD 40<br>LIBERTY MO 64068-2971 | (P)FORD MOTOR CREDIT COMPANY<br>P O BOX 62180<br>COLORADO SPRINGS CO 80962-2180 |
| FORD MOTOR CREDIT COMPANY LLC<br>CO WILCOX LAW PLLC<br>PO BOX 201849<br>ARLINGTON TX 76006-1849 | GMI STONE LLC<br>11935 N STEMMONS FWY STE 160<br>DALLAS TX 75234-5870 | ~~EXCLUDE~~<br>~~(D)HILLTOP STONES INC DALLAS~~<br>~~ATTN CHETAN SURTI~~<br>~~12401 N STEMMONS FRWY 140~~<br>~~DALLAS TX 75234-5823~~ |
| INTERNAL REVENUE SERVICE<br>SPECIAL PROCEDURESINSOLVENCY<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | IVEN TRUST PROPERTY MANAGEMENT LLC<br>3025 HIGHLAND PARKWAY SUITE 350<br>DOWNERS GROVE IL 60515-5541 | JAMESON AND DUNAGAN PC<br>5429 LBJ FREEWAY SUITE 700<br>DALLAS TX 75240-2610 |
| JOHN STRAVATO ESQ<br>PO BOX 298<br>BETHPAGE NY 11714-0298 | ~~EXCLUDE~~<br>~~(D)KLZ STONE SUPPLY INC~~<br>~~ATTN NIR KAMISA~~<br>~~11129 ZODIAC LANE 300~~<br>~~DALLAS TX 75229-4872~~ | KOPPEL ASSOCIATES LLC<br>ATTN LEO GREEN<br>PO BOX 412104<br>CHICAGO IL 60641-7616 |
| ~~EXCLUDE~~<br>~~(D)LAST CHANCE FUNDING INC~~<br>~~3000 MARCUS AVE 2W15~~<br>~~NEW HYDE PARK NY 11042-1005~~ | LEWIS BRISBOIS BISGAARD SMITH LLP<br>ATTN DAVID J HARGIS<br>24 GREENWAY PLAZA 1400<br>HOUSTON TX 77046-2410 | ~~EXCLUDE~~<br>~~(D)LEWISVILLE ISD~~<br>~~LINEBARGER GOGGAN BLAIR SAMPSON LLP~~<br>~~CO JOHN K TURNER~~<br>~~2777 N STEMMONS FWY STE 1000~~<br>~~DALLAS TX 75207-2328~~ |
| MAVERICK DIGITAL INC<br>3104 W HARNETT AVE<br>TAMPA FL 33611-5218 | ~~EXCLUDE~~<br>~~(D)MERCHANT ADVANCE LLC~~<br>~~1621 CENTRAL AVENUE~~<br>~~CHEYENNE WY 82001-4531~~ | (P)NEC FINANCIAL SERVICES<br>250 PEHLE AVE<br>STE 704<br>SADDLE BROOK NJ 07663-5888 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were not served via First Class USPS Mail Service.

| | ~~EXCLUDE~~ | ~~EXCLUDE~~ |
|---|---|---|
| NEWTEK SMALL BUSINESS FINANCE LLC<br>DONALD L TURBYFILL<br>5120 WOODWAY DR  STE 9000<br>HOUSTON   TX 77056-1725 | ~~(D)NEWTEK SMALL BUSINESS FINANCE  LLC~~<br>~~1981 MARCUS AVE STE 130~~<br>~~LAKE SUCCESS NY 11042-1046~~ | ~~(D)NEWTEK FINANCE~~<br>~~CO PATRICK APPLETON~~<br>~~4800 T REX AVENUE 110~~<br>~~BOCA RATON   FL 33431-4479~~ |
| NORRED LAW  PLLC<br>NORRED LAW  PLLC<br>515 E BORDER<br>ARLINGTON   TX 76010-7402 | (P)RENTAL ONE<br>PO BOX 489<br>COLLEYVILLE TX 76034-0489 | RUBICON<br>CO THE HETTENA LAW FIRM  LC<br>31348 VIA COLINAS 91362-6803 |

| ~~EXCLUDE~~ | | |
|---|---|---|
| ~~(D)SOCI LP~~<br>~~718 SOUTH GREENVILLE AVE STE 190~~<br>~~ALLEN   TX 75002-3367~~ | SALESFORCE INC<br>415 MISSION STREET 3RD FLOOR<br>SAN FRANCISCO   CA 94105-2504 | SANTANDER CONSUMER USA  INC<br>DBA CHRYSLER CAPITAL<br>1601 ELM STREET  SUITE 800<br>DALLAS  TX 75201-7260 |

| | ~~EXCLUDE~~ | ~~EXCLUDE~~ |
|---|---|---|
| SEREBRO  ESQ  VADIM<br>55 BROADWAY  3RD FLOOR<br>NEW YORK   NY 10006-3757 | ~~(D)SILESTONE~~<br>~~355 ALHAMBRA CIRCLE STE 1000~~<br>~~MIAMI  FL 33134-5006~~ | ~~(D)(P)STONE CAPITOL GROUP  INC~~<br>~~ATTN MR HETAL PATEL~~<br>~~3930 GLADE ROAD SUITE 108-272~~<br>~~COLLEYVILLE TX 76034-5931~~ |
| STRAVATO  ESQ  JOHN<br>PO BOX 298<br>BETHPAGE   NY 11714-0298 | TEXAS WORKFORCE COMMISSION<br>OFFICE OF ATTORNEY GENERAL<br>BKCOLLECTIONS<br>PO BOX 12548  MC-008<br>AUSTIN   TX 78711-2548 | TOYOTA INDUSTRIES COMMERCIAL FINANCE INC<br>CO WELTMAN  WEINBERG  AND REIS CO  LP<br>965 KEYNOTE CIRCLE<br>BROOKLYN HEIGHTS   OH 44131-1829 |

| | | ~~EXCLUDE~~ |
|---|---|---|
| TXU ENERGY RETAIL COMPANY LLC<br>CO BANKRUPTCY DEPARTMENT<br>PO BOX 650393<br>DALLAS TX 75265-0393 | TEXAS MUTUAL INSURANCE COMPANY<br>2200 ALDRICH ST<br>AUSTIN   TX 78723-3474 | ~~(D)THE COUNTY OF COMAL  TEXAS~~<br>~~CO MCCREARY  VESELKA  BRAGG  ALLEN~~<br>~~PO BOX 1269~~<br>~~ROUND ROCK   TX 78680-1269~~ |
| THE COUNTY OF DENTON   TEXAS<br>CO MCCREARY  VESELKA  BRAGG  ALLEN<br>PO BOX 1269<br>ROUND ROCK   TX 78680-1269 | THE LEVITON LAW FIRM LTD<br>ONE PIERCE PLACE STE 725 W<br>ITASCA   IL 60143-1234 | TRAVIS COUNTY CO JASON A STARKS<br>PO BOX 1748<br>AUSTIN   TEXAS 78767-1748 |
| TRIRECYCLING INC<br>PO BOX 26499<br>AUSTIN   TX 78755-0499 | TRITON STONE<br>12121 N STEMMONS FWY STE 170<br>DALLAS   TX 75234-5842 | US TRUSTEE<br>OFFICE OF THE US TRUSTEE<br>110 N COLLEGE AVE<br>SUITE 300<br>TYLER   TX 75702-7231 |
| ULINE<br>12575 ULINE DRIVE<br>PLEASANT PRAIRIE  WI 53158-3686 | (P)UNITED FIRE GROUP<br>ATTN ATTN BEDORA SHERONICK COMPLIANCE ATTORNEY<br>118 2ND AVENUE SE<br>P O BOX 73909<br>CEDAR RAPIDS IA 52407-3909 | UNITED STATES ATTORNEY<br>OFFICE OF THE UNITED STATES ATTORNEY<br>110 NORTH COLLEGE AVE 700<br>TYLER  TX 75702-0204 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| UNITED STATES TRUSTEE<br>OFFICE OF THE UNITED STATES TRUSTEE<br>110 NORTH COLLEGE AVE 300<br>TYLER TX 75702-7231 | UNITEDHEALTHCARE INSURANCE COMPANY<br>ATTN CDMBANKRUPTCY<br>185 ASYLUM STREET - 03B<br>HARTFORD CT 06103-3408 | VADIM SEREBRO ESQ<br>55 BROADWAY 3RD FLOOR<br>NEW YORK NY 10006-3757 |
| WJ WADE JR<br>FIELD MANNING STONE HAWTHORNE AYCOC<br>2112 INDIANA AVENUE<br>LUBBOCK TX 79410-1444 | WELLS LAW PC<br>STEVEN W WELLS<br>229 WARNER ROAD<br>LANCASTER NY 14086-1040 | WILSONART LLC<br>PO BOX 73090<br>DALLAS TX 75373-0001 |
| ~~EXCLUDE~~<br>~~(U)BEHROOZ P VIDA VIDA LAW FIRM PLLC~~ | CLAYTON L EVERETT<br>515 E BORDER ST<br>STE 163<br>76010<br>ARLINGTON TX 76010-7402 | WARREN V NORRED<br>NORRED LAW PLLC<br>515 E BORDER STREET<br>ARLINGTON TX 76010-7402 |