# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| **In Re:** | ) | |
| | ) | |
| **Empire Countertops, Llc** | ) | Case No. 22-41686 |
| | ) | Chapter 7 |
| | ) | |
| **Debtor** | ) | |

## ORDER APPROVING THE EMPLOYMENT OF
## BILL F. PAYNE AS ATTORNEY FOR THE ESTATE

ON THIS DATE this Court considered the Application of Linda Payne, Trustee herein, for an order approving the employment of Bill F. Payne as primary bankruptcy counsel for the Chapter 7 Estate in the above-referenced case. The Application has been properly served as required by LBR 2014 and no objection to the Application has been timely filed by any party. Upon review of the Application, it appears to the Court that the proposed professional is "disinterested" as that term is defined in 11 U.S.C. §101(14) and that the proposed professional represents or holds no interest adverse to the Estate. Accordingly,

**IT IS THEREFORE ORDERED** that the Application is **GRANTED** and that the employment of Bill F. Payne as primary bankruptcy counsel for the Chapter 7 Estate in the above-referenced case is hereby **APPROVED**, with such compensation as may be awarded by the Court upon proper application submitted pursuant to Fed. R. Bankr. P. 2016(a) and LBR 2016.

Signed on 06/20/2023

*Brenda T. Rhoades*   SD
_____
HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE

In re:  
Empire Countertops, LLC  
    Debtor

Case No. 22-41686-btr  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0540-4     User: admin     Page 1 of 4  
Date Rcvd: Jun 20, 2023     Form ID: pdf400     Total Noticed: 34

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 22, 2023:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Empire Countertops, LLC, 1137 Enterprise Dr., Pilot Point, TX 76258-4600 |
| cr | + | 340 Broadway Holding LLC, 1560 Saw Grass Corp. Pkwy. 474, Fort Lauderdale, FL 33323-2875 |
| cr | + | Blue River Advisors, 3839 Bee Caves Rd., Austin, TX 78746-6401 |
| cr | + | Caesarstone, c/o Barnett & Garcia, 3821 Juniper Trace 108, Austin, TX 78738-5514 |
| cr | + | Cambria USA, 805 Enterprise Dr. East G, Belle Plaine, MN 56011-2337 |
| cr | + | Denton County Tax Assessor Collector, 1505 E. McKinney Street, Denton, TX 76209-4525 |
| cr | + | Dominus Maximus, c/o Drought, Drought, & Bobbitt LLP, 2632 Broadway 401-, San Antonio, TX 78215-1143 |
| cr | + | Eagle Eye Advance LLC, 254 36th Street C303, Brooklyn, NY 11232-2408 |
| cr | + | Everest Stone, 15565 Wright Brothers Drive, Addison, TX 75001-4274 |
| cr | + | Fabricators Stone Group LLC, 2122 N. Church Street, McKinney, TX 75069-1818 |
| cr | + | Ford Motor Credit Company LLC, c/o Stephen Wilcox, PO Box 201849, Arlington, TX 76006-1849 |
| cr | + | Hilltop Stones Inc. Dallas, Attn. Chetan Surti, 12401 N. Stemmons Frwy. 140, Dallas, TX 75234-5823 |
| cr | + | KLZ Diamond Tools, Inc., c/o T. Craig Sheils, 1701 N. Collins Blvd., Suite 1100, Richardson, TX 75080-3586 |
| cr | + | KLZ Stone Supply Inc., Attn. Nir Kamisa, 11129 Zodiac Lane 300, Dallas, TX 75229-4872 |
| cr | + | KLZ Stone Supply, Inc., c/o T. Craig Sheils, 1701 N. Collins Blvd., Suite 1100, Richardson, TX 75080-3586 |
| cr | + | LCF Group, LLC, 3000 Marcus Ave., Ste. 2W15, New Hyde Park, NY 11042-1005 |
| cr | + | Last Chance Funding, Inc., 3000 Marcus Ave. 2W15, New Hyde Park, NY 11042-1005 |
| cr | + | Merchant Advance, LLC, 1621 Central Avenue, Cheyenne, WY 82001-4531 |
| cr | + | Newtek Finance, c/o Patrick Appleton, 4800 T-Rex Avenue 110, Boca Raton, FL 33431-4479 |
| cr | + | Newtek Small Business Finance, LLC, 1981 Marcus Ave, Suite 130, Lake Success, NY 11042-1046 |
| cr | + | Origin Bank, c/o Annamarie Chiarello, 500 Winstead Building, 2728 N. Harwood Street, Dallas, TX 75201-1516 |
| cr | + | Rubicon, c/o The Hettena Law Firm, LC, 31348 Via Colinas 106, Westlake Village, CA 91362-6803 |
| cr | + | SOCI LP, 718 South Greenville Ave., Ste. 190, Allen, TX 75002-3367 |
| cr | + | Silestone, 355 Alhambra Circle, Ste. 1000, Miami, FL 33134-5006 |
| cr | + | Triton Stone, 12121 N. Stemmons Frwy, Ste. 170, Dallas, TX 75234-5842 |
| cr | + | Triton Stone Group New Orleans, LLC, c/o Scott R. Cheatham, 701 Poydras St., Suite 4500, New Orleans, LA 70139-7755 |

TOTAL: 26

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| cr | | Email/Text: bankruptcy@deltabridgefunding.com | Jun 21 2023 04:50:00 | Cloudfund LLC, 400 Rella Blvd. 165-101, Suffern, NY 10901 |
| cr | + | Email/Text: dallas.bankruptcy@LGBS.com | Jun 21 2023 04:51:00 | Lewisville ISD, Linebarger, Goggan, Blair & Sampson, LLP, c/o Sherrel K. Knighton, 2777 N. Stemmons Freeway, Suite 1000, Dallas, TX 75207-2328 |
| cr | + | Email/Text: dallas.bankruptcy@LGBS.com | Jun 21 2023 04:51:00 | Lewisville ISD, Linebarger Goggan Blair & Sampson, LLP, c/o John K. Turner, 2777 N. Stemmons Fwy, Ste. 1000, Dallas, TX 75207-2328 |
| cr | | Email/Text: admin@stonecapitol.com | Jun 21 2023 04:50:00 | Stone Capital Group, Inc., c/o Hetal Patel, 3930 |

| | | | | |
| --- | --- | --- | --- | --- |
| | | | | Glade Road 108-272, Colleyville, TX 76034 |
| cr | + | Email/Text: BKRMailOps@weltman.com | Jun 21 2023 04:51:00 | TOYOTA INDUSTRIES COMMERCIAL FINANCE INC, c/o Scott Fink, Weltman, Weinberg et al., 965 Keynote Circle, Brooklyn Heights, OH 44131-1829 |
| cr | ^ | MEBN | Jun 21 2023 04:44:56 | Texas Comptroller of Public Accounts, Revenue Acco, Christopher J. Dylla, P.O. Box 12548, Austin, TX 78711-2548 |
| cr | + | Email/Text: julie.parsons@mvbalaw.com | Jun 21 2023 04:50:00 | The County of Comal, Texas, c/o McCreary, Veselka, Bragg & Allen, P.O. Box 1269, Round Rock, TX 78680-1269 |
| cr | + | Email/Text: BKECF@traviscountytx.gov | Jun 21 2023 04:50:00 | Travis County, c/o Jason A. Starks, P.O. Box 1748, Austin, TX 78767-1748 |

TOTAL: 8

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | ##+ | C&C North American, Inc. d/b/a Cosentino North Ame, 2245 Texas Drive, Suite 600, Sugar Land, TX 77479-2190 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 22, 2023      Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 20, 2023 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Allison Stewart | on behalf of Defendant JP Morgan Chase Bank N.A. stewarta@gtlaw.com |
| Annmarie Chiarello | on behalf of Creditor Origin Bank achiarello@winstead.com dgalindo@winstead.com |
| Behrooz P. Vida | on behalf of Interested Party Behrooz P. Vida Vida Law Firm PLLC behrooz@vidalawfirm.com, bkfilings@yahoo.com;TheVidaLawFirmPLLC@jubileebk.net |
| Bill F. Payne | on behalf of Trustee Linda S Payne bill@wpaynelaw.com TX21@ecfcbis.com;lgarner@paynetrustee.com;bpayne2@ecf.epiqsystems.com;bterry@wpaynelaw.com |
| Brian J. Wagner | on behalf of Creditor Eagle Eye Advance LLC brian.wagner@kutakrock.com mary.clark@kutakrock.com;jeremy.williams@kutakrock.com;adolyn.wyatt@kutakrock.com;amanda.nugent@kutakrock.com |
| Brian J. Wagner | on behalf of Defendant Eagle Eye Advance LLC brian.wagner@kutakrock.com mary.clark@kutakrock.com;jeremy.williams@kutakrock.com;adolyn.wyatt@kutakrock.com;amanda.nugent@kutakrock.com |

Christopher J. Dylla
    on behalf of Creditor Texas Comptroller of Public Accounts Revenue Accounting Division bk-cdylla@oag.texas.gov, Sherri.Simpson@oag.texas.gov

Clayton L Everett
    on behalf of Plaintiff Empire Countertops LLC clayton@norredlaw.com

Clayton L Everett
    on behalf of Debtor Empire Countertops LLC clayton@norredlaw.com

David J. Hargis
    on behalf of Creditor C&C North American Inc. d/b/a Cosentino North America david.hargis@lewisbribsois.com

Donald L. Turbyfill
    on behalf of Creditor Newtek Small Business Finance LLC dturbyfill@dntlaw.com, jody@dntlaw.com;janie@dntlaw.com

Holly B. Guelich
    on behalf of Creditor Stone Capital Group Inc. guelichlaw@sbcglobal.net, csuswell@sbcglobal.net;ecfguelichlaw@outlook.com;kelseykemplaw@sbcglobal.net

Jason Starks
    on behalf of Creditor Travis County bkecf@traviscountytx.gov

John Kendrick Turner
    on behalf of Creditor Lewisville ISD john.turner@lgbs.com Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John M. Vardeman
    on behalf of U.S. Trustee US Trustee john.m.vardeman@usdoj.gov

Joseph J. Wielebinski, Jr.
    on behalf of Creditor Origin Bank jwielebinski@winstead.com kknight@winstead.com

Julie Anne Parsons
    on behalf of Creditor Denton County Tax Assessor Collector jparsons@mvbalaw.com kalexander@mvbalaw.com;olga.schroeder@mvbalaw.com;julie.parsons@ecf.courtdrive.com

Julie Anne Parsons
    on behalf of Creditor The County of Comal Texas jparsons@mvbalaw.com, kalexander@mvbalaw.com;olga.schroeder@mvbalaw.com;julie.parsons@ecf.courtdrive.com

Lamisa Chowdhury
    on behalf of Creditor C&C North American Inc. d/b/a Cosentino North America lamisa.chowdhury@lewisbrisbois.com, rocio.rivera@lewisbrisbois.com

Linda S Payne
    linda@paynetrustee.com TX21@ecfcbis.com;lpayne2@ecf.axosfs.com;brandy@paynetrustee.com

Robert R. Feuille
    on behalf of Creditor LCF Group LLC bfeu@scotthulse.com, calv@scotthulse.com

Scott D. Fink
    on behalf of Creditor TOYOTA INDUSTRIES COMMERCIAL FINANCE INC Bronationalecf@weltman.com

Scott R. Cheatham
    on behalf of Creditor Triton Stone Group New Orleans LLC scott.cheatham@arlaw.com, vicki.owens@arlaw.com

Shari L. Heyen
    on behalf of Defendant JP Morgan Chase Bank N.A. heyens@gtlaw.com, jamrokg@gtlaw.com

Sherrel K. Knighton
    on behalf of Creditor Lewisville ISD Sherrel.Knighton@lgbs.com Dora.Casiano-Perez@lgbs.com;Julie.Wilson@lgbs.com;dallas.bankruptcy@lgbs.com

Stephen Wilcox
    on behalf of Creditor Ford Motor Credit Company LLC swilcox@wilcoxlaw.net krw77@sbcglobal.net;kraudry@wilcoxlaw.net

T. Craig Sheils
    on behalf of Creditor KLZ Diamond Tools Inc. craig@sheilswinnubst.com

T. Craig Sheils
    on behalf of Creditor KLZ Stone Supply Inc. craig@sheilswinnubst.com

W. J. Wade, Jr.
    on behalf of Creditor 340 Broadway Holding LLC dwade@lubbocklawfirm.com mcalfin@lubbocklawfirm.com

Warren V. Norred
    on behalf of Debtor Empire Countertops LLC warren@norredlaw.com, anorred@norredlaw.com;angela@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net

Warren V. Norred
    on behalf of Plaintiff Empire Countertops LLC warren@norredlaw.com, anorred@norredlaw.com;angela@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net

TOTAL: 31